SUPREME COURT
**FILED**

AUG 2 3 2023

Jorge Navarrete **Clerk**

—————————————

Deputy

S281163

# IN THE SUPREME COURT OF CALIFORNIA

### En Banc

———————————————————————

In re PEDRO RODRIGUEZ on Habeas Corpus.

———————————————————————

The petition for writ of habeas corpus is denied.   (See *In re Miller* (1941) 17 Cal.2d 734, 735 [courts will not entertain habeas corpus claims that are repetitive].)

—————————————————

GUERRERO

*Chief Justice*

HC-001

Name: _PEDRO RODRIGUEZ  14745493/BC6583_

Address: _SAN DIEGO CENTRAL JAIL_
_1173 FRONT ST_
_SAN DIEGO CA 92101_
_SD-C9_

CDC or ID Number: _14745493/BC6583_

_CALIFORNIA SUPREME COURT_
_350 McALLISTER STREET_
_SAN FRANCISCO CA 94102_

**SUPREME COURT**
**FILED**

JUL 26 2023

Jorge Navarrete Clerk

Deputy

*(Court)*

_PEDRO RODRIGUEZ_

Petitioner

vs.

_SAN DIEGO SHERIFF KELLEY MARTINEZ_

Respondent

**PETITION FOR WRIT OF HABEAS CORPUS**

No. __S281163__

*(To be supplied by the Clerk of the Court)*

_EVIDENTIARY HEARING DEMANDED_
_DISCOVERY HEARING DEMANDED_

## INSTRUCTIONS—READ CAREFULLY

- **If you are challenging an order of commitment or a criminal conviction and are filing this petition in the Superior Court, you should file it in the county that made the order.**

- **If you are challenging the conditions of your confinement and are filing this petition in the Superior Court, you should file it in the county in which you are confined.**

- Read the entire form *before* answering any questions.

- This petition must be clearly handwritten in ink or typed. You should exercise care to make sure all answers are true and correct. Because the petition includes a verification, the making of a statement that you know is false may result in a conviction for perjury.

- Answer all applicable questions in the proper spaces. If you need additional space, add an extra page and indicate that your answer is "continued on additional page."

- If you are filing this petition in the superior court, you only need to file the original unless local rules require additional copies. Many courts require more copies.

- If you are filing this petition in the Court of Appeal, file the original of the petition and one set of any supporting documents.

- If you are filing this petition in the California Supreme Court, file the original and 10 copies of the petition and, if separately bound, an original and 2 copies of any supporting documents.

- Notify the Clerk of the Court in writing if you change your address after filing your petition.

Approved by the Judicial Council of California for use under rule 8.380 of the California Rules of Court (as amended effective January 1, 2018). Subsequent amendments to rule 8.380 may change the number of copies to be furnished to the Supreme Court and Court of Appeal.

Form Approved for Optional Use
Judicial Council of California
HC-001 [Rev. January 1, 2019]

**PETITION FOR WRIT OF HABEAS CORPUS**

Page 1 of 6
Penal Code, § 1473 et seq.;
Cal. Rules of Court, rule 8.380
www.courts.ca.gov

HC-001

13 a. (1) Name of court: _____

(2) Nature of proceeding (for example, "habeas corpus petition"): _____

(3) Issues raised: (a) _____

(b) _____

(4) Result (attach order or explain why unavailable): _____

(5) Date of decision: _____

b. (1) Name of court: _____

(2) Nature of proceeding: _____

(3) Issues raised: (a) _____

(b) _____

(4) Result (attach order or explain why unavailable): _____

(5) Date of decision: _____

c. For additional prior petitions, applications, or motions, provide the same information on a separate page.

14. If any of the courts listed in number 13 held a hearing, state name of court, date of hearing, nature of hearing, and result:

_____

_____

15. Explain any delay in the discovery of the claimed grounds for relief and in raising the claims in this petition. (See *In re Robbins* (1998) 18 Cal.4th 770, 780.) NO DELAY THIS IS DENAC OF CUSTODY CREDITS WITHOUT DUE PROCESS OF LAW

16. Are you presently represented by counsel? ☐ Yes ☒ No   If yes, state the attorney's name and address, if known:

_____

17. Do you have any petition, appeal, or other matter pending in any court? ☒ Yes ☐ No   If yes, explain: US COURT OF APPEALS AGGREGATE PETITION RODRIGUEZ V FISHER 22-55658

18. If this petition might lawfully have been made to a lower court, state the circumstances justifying an application to this court: VISTA SUPERIOR IS RECYCLING NUMBER 1796 CONFUSING APPELLATE COURT IN THAT PETITIONER IS NOT PROCEEDING UP THE LADDER. NAMING SUPERIOR COURT AND APPELLATE COURT UNAVAILABLE

I, the undersigned, say: I am the petitioner in this action. I declare under penalty of perjury under the laws of the State of California that the foregoing allegations and statements are true and correct, except as to matters that are stated on my information and belief, and as to those matters, I believe them to be true.

Date: 7/4/23

▶ _____ (SIGNATURE OF PETITIONER)

For your protection and privacy, please press the Clear This Form button after you have printed the form.

[ Print this form ]  [ Save this form ]        [ Clear this form ]

ATTACHMENT 'A'

ATTACHMENT 'A'

ATTACHMENT 'A'

ATTACHMENT 'A'

PETITIONER IS
DECLARED A
VEXATIOUS GRIEVANCE
UNITED



# SAN DIEGO SHERIFF'S DEPARTMENT
# GRIEVANCE RESPONSE

Inmate Name: Pedro Rodriguez BN 14745493

You have been classified as a Vexatious Grievance Writer for a period of 90 days. You shall continue to have the right to file grievances; however, your grievance(s) may, at the discretion of the facility commander, be denied without a hearing or any right of appeal.

VII. VEXATIOUS GRIEVANCE WRITER A. An incarcerated person may be considered a vexatious grievance writer if they have filed repetitive grievances that are frivolous in nature or concern an established policy or practice of the Sheriff's Department that the incarcerated person claims violate their rights, when no good faith legal argument exists that the policy or practice amounts to a violation of the incarcerated person's statutory or constitutional rights.

1. Only the facility commander can determine when an incarcerated person will be classified as a vexatious grievance writer. If so determined, the incarcerated person shall be considered a vexatious grievance writer for a period of 90 days.

2. A JIMS incident report will be written documenting the determination of a vexatious grievant and establish the 90-day timeline.

3. The incarcerated person will be given a copy of this policy and procedure section.

4. A Jail Population Management Unit deputy will add "VEX" to the incarcerated person's hazard alerts in JIMS, via the classification evaluation update screen, thus identifying the incarcerated person as a vexatious grievance writer.

B. A vexatious grievant shall continue to have the right to file grievances; however, their grievance(s) may, at the discretion of the facility commander, be denied without a hearing or any right of appeal.

1. The facility commander will note at the bottom of the grievance form: "This is a frivolous grievance," return the second page to the incarcerated person and place original copy in the incarcerated person's custody record. The grievance will be entered into JIMS. In the "actions" area, the staff member will indicate the facility commander has determined the grievance to be frivolous, and the incarcerated person has been classified as a vexatious grievance writer

2. If a grievance filed by a vexatious grievant is deemed frivolous, the vexatious grievant shall have their 90-day period reset and a new 90-day period shall commence. This will be documented in a JIMS incident report.

| Staff Name / ARJIS (print) | | Inmate Name (print) | Pedro Rodriguez |
|---|---|---|---|
| Signature | | Signature | |
| Facility/Unit | SDCJ | Facility | SDCJ |
| JIMS Grievance # | | Booking # | 14745493 |
| Date | June 9, 2023 | Date | June 9, 2023 |

J-10  03/2021

ATTACHMENT 'B'

ATTACHMENT 'B'

ATTACHMENT 'B'

ATTACHMENT 'B'

SERGEANT MENDIOLA
Bdge #3740 HAS
GRANTED HIMSELF
POWERS OF
FACILITY CAPTAIN



**San Diego County**
**SHERIFF'S DEPARTMENT**

**INCARCERATED PERSON GRIEVANCE/APPEAL**

*Instructions listed on the back of the duplicate copy*

☒ SDCJ   ☐ GBDF   ☐ EMRF   ☒ SBDF   ☐ VDF   ☐ LCDRF   ☐ RMDF

From: RODRIGUEZ PEDRO LUIS            14745993            SC-C8
    Name *(Last, First, Middle)*      Booking Number      Housing Unit

**Grievance of:** *(Single complaints per form. Multiple, unrelated issues will be rejected and returned)*
☐ Medical/Mental Health Care  ☐ Classification Actions  ☒ Disciplinary Actions  ☐ Program Participation  ☐ Risk of Sexual Abuse
☐ Telephone, Mail, and Visitation Procedures  ☐ Food, Clothing, and Bedding  ☐ Other: _____

**Appeal of:** ☒ Discipline (JIMS Incident # 234022687 )  ☐ Mail Rejection (Item Rejected: _____ )

**Date and Time of Incident:** 6/1/23

**Explain your grievance/appeal. Please be specific.** *(Use additional sheets if necessary.* ☒ *Additional Sheets #* 1 *of* 2 )

THIS IS MIND LEVEL EXHAUSTIVE TO FACILITY CAPTAIN, IN HEARING BY SGT RODRIGUEZ SGT RODRIGUEZ ACCUSES PETITIONER OF SHOWING GENITALIA TO SGT RODRIGUEZ, THE ACTUAL CHARGES LISTED ARE CONTRABAND #301, CLOTHING EXCHANGE RULES #602, AND INTERFERENCE W/SAFE OPERATIONS #701, CORPORAL OTORACIO #6976 ON BODY CAM MAKES CLEAR STATEMENT ALL CHARGES ARE BECAUSE OF CLOTHING, CORPORAL AMADO CAN GIVE STATEMENT PETITIONER WAS WEARING 2 PAIR OF UNDERWEAR DURING STRIP SEARCH, DEPUTY TORRES BADGE #3708 CAN BE SEEN ON MODULE CAMERA STANDING BETWEEN SGT. RODRIGUEZ AND PETITIONER MAKING EYE CONTACT AND VERIFY

Incarcerated Person's Signature                          6/13/23
                                                         Date

---

**THIS BOX IS FOR OFFICIAL USE ONLY**

**Received by:** _____  3740  6-15-23
    Name of receiving staff member   ARJIS   Date and Time

If one of the following two conditions is alleged by the incarcerated person, this grievance must be answered within four days:
☐ The incarcerated person's health or safety is unfairly impacted by a condition of confinement.
☐ A condition of confinement has prevented the incarcerated person's effective communication/participation in a legal hearing.

This submission is not a grievance or appeal:
☐ See information provided on the back of the J-22 Incarcerated Person Grievance/Appeal form.
    THIS IS A FRIVOLOUS GRIEVANCE
☐ It is an Incarcerated Person Request. (No JIMS Grievance entry; copy of response to custody record)
    Response to request: _____

**Entered in JIMS by:** GM 3740  3740  6-22-23 0958  234600691
    Name of responding staff member   ARJIS   Date and Time   JIMS Grievance Number
☐ J-10 Incarcerated Person Grievance/Appeal Response completed and provided to incarcerated person.

J-22 (REV 01/23)                Original – Custody Record                Copy – Incarcerated person upon receipt by staff

---

*(Handwritten at top right):* MIND LEVEL / MOUR FACILITY / CAPTAIN / #234022687 / HEARING #400087908 / 1072

**San Diego County**

**SHERIFF'S DEPARTMENT**

**INCARCERATED PERSON GRIEVANCE/APPEAL**

*FACILITY CAPTAIN*
*# 234022687*
*MEARING #400087908*
*2OF2*

*Instructions listed on the back of the duplicate copy*

☒ SDCJ   ☐ GBDF   ☐ EMRF   ☐ SBDF   ☐ VDF   ☐ LCDRF   ☐ RMDF

From: **Rodriguez Pedro Luis**          **14745993**          **5C-C8**
     Name (Last, First, Middle)          Booking Number          Housing Unit

**Grievance of:** (Single complaints per form. Multiple, unrelated issues will be rejected and returned)
☐ Medical/Mental Health Care ☐ Classification Actions ☐ Disciplinary Actions ☐ Program Participation ☐ Risk of Sexual Abuse
☐ Telephone, Mail, and Visitation Procedures ☐ Food, Clothing, and Bedding ☐ Other: _____

**Appeal of:** ☒ Discipline (JIMS Incident # **234022687**    ☐ Mail Rejection (Item Rejected: _____)

**Date and Time of Incident:** **6/1/23**

**Explain your grievance/appeal. Please be specific.** (Use additional sheets if necessary. ☒ Additional Sheets # **2 of 2**)

GEJTACIA UENENT EXPOSED, I HAVE EYE WITNESS DEN JOSEPH, RONNIE BRAY AND INK DANIEL ANE WILLING TO GIVE TESTIMONY STATEMENT THIS PETITIONER WAS DRESSED IN UNDERWEAR. SINCE SGT RODRIGUEZ AND LT. WILSON COORDINATED CELL SEARCHES MY RIGHT TO A IMPARTIAL ASSOCIATION WAS VIOLATED, PEOPLE V HAMILTON (1991) 230 CAL APP 3rd 1592, 1597-1598, WOLFE V MCDONNELL (1974) 418 US 539, 563-564, HUDSON V PALMER 468 US 517, 530 104 S.CT 399 (1984) I WAS FOUND GUILTY OF ENTIRELY UNRELATED CIRCUMSTANCES THAN WAS ORIGINALLY REPORTED BY DEPUTY GONZALEZ BADGE 4781, SEARCHES=HARASSED

_____          **6/13/23**
Incarcerated Person's Signature          Date

---

**THIS BOX IS FOR OFFICIAL USE ONLY**

**Received by:** _____
    Name of receiving staff member          ARJIS          Date and Time

If one of the following two conditions is alleged by the incarcerated person, this grievance must be answered within four days:
☐ The incarcerated person's health or safety is unfairly impacted by a condition of confinement.
☐ A condition of confinement has prevented the incarcerated person's effective communication/participation in a legal hearing.

This submission is not a grievance or appeal:
☐ See information provided on the back of the J-22 Incarcerated Person Grievance/Appeal form. _____
    *THIS IS A FRIVOLOUS GRIEVANCE*
☐ It is an Incarcerated Person Request. (No JIMS Grievance entry; copy of response to custody record)
    Response to request: _____

**Entered in JIMS by:** _**SM**_          **3740**     **6-22-23  0958**    **234000691**
    Name of responding staff member          ARJIS          Date and Time          JIMS Grievance Number
☐ J-10 Incarcerated Person Grievance/Appeal Response completed and provided to incarcerated person.

J-22 (REV 01/23)          Original – Custody Record          Copy – Incarcerated person upon receipt by staff

ATTACHMENT "C"

ATTACHMENT "C"

ATTACHMENT "C"

LT. WILSON
HAS GRANTED
HERSELF POWERS
OF FACILITY
CAPTAIN



**San Diego County**
**SHERIFF'S DEPARTMENT**

APPEAL LIEUTENANT
GRIEVANCE 234000633

## INCARCERATED PERSON GRIEVANCE/APPEAL

*Instructions listed on the back of the duplicate copy*

☑ SDCJ   ☐ GBDF   ☐ EMRF   ☐ SBDF   ☐ VDF   ☐ LCDRF   ☐ RMDF

**From:** RODRIGUEZ PEDRO LUIS          19745493          5C-CELL C
Name *(Last, First, Middle)*          Booking Number          Housing Unit

**Grievance of:** *(Single complaints per form. Multiple, unrelated issues will be rejected and returned).*
☐ Medical/Mental Health Care ☐ Classification Actions ☑ Disciplinary Actions ☐ Program Participation ☐ Risk of Sexual Abuse
☐ Telephone, Mail, and Visitation Procedures   ☐ Food, Clothing, and Bedding   ☐ Other: _____

**Appeal of:** ☒ ~~Discipline~~ (JIMS Incident # 234000633 ) ☐ Mail Rejection (Item Rejected: _____)

**Date and Time of Incident:** 6/5/23

**Explain your grievance/appeal. Please be specific.** *(Use additional sheets if necessary.* ☐ *Additional Sheets # ____ of ____)*

THIS IS APPEAL OF SGT NESMITH RESPONSE. THE RULES VIOLATION
CLEARLY STATES I WAS FOUND GUILTY OF EXPOSING GENITALIA
AND TOO MUCH LEGAL MATERIAL. THIS IS WHAT I WAS
FOUND GUILTY OF WITH NO NEXUS TO EXCESSIVE
CLOTHING

**Incarcerated Person's Signature**          **Date** 6/12/23

---

**THIS BOX IS FOR OFFICIAL USE ONLY**

**Received by:** _____   77LU   6-15-22
Name of receiving staff member   ARJIS   Date and Time

If one of the following two conditions is alleged by the incarcerated person, this grievance must be answered within four days:
☐ The incarcerated person's health or safety is unfairly impacted by a condition of confinement.
☐ A condition of confinement has prevented the incarcerated person's effective communication/participation in a legal hearing.

This submission is not a grievance or appeal:
☐ See information provided on the back of the J-22 Incarcerated Person Grievance/Appeal form. _____

☐ It is an Incarcerated Person Request. (No JIMS Grievance entry; copy of response to custody record)
   Response to request: _____

**Entered in JIMS by:** C. Wilson   0901   6/21/23 1406   234000687
Name of responding staff member   ARJIS   Date and Time   JIMS Grievance Number

J-10 Incarcerated Person Grievance/Appeal Response completed and provided to incarcerated person.

(1/23)          Original – Custody Record          Copy – Incarcerated person upon receipt by staff

6/21 This is a frivolous grievance.

ATTACHMENT "D"

DISCIPLINARY

#234016099

4/15/23

ATTACHMENT "D"

ATTACHMENT "D"

ATTACHMENT "D"



**San Diego County**
# SHERIFF'S DEPARTMENT

## HOUSING SEPARATION ORDER

☒ **SDCJ**　☐ **GBDF**　☐ **EMRF**　☐ **SBDF**　☐ **VDF**　☐ **LCDRF**　☐ **RMDF**

| INCARCERATED PERSON'S NAME:　RODRIGUEZ, PEDRO | BOOKING #:　14745493 |
|---|---|
| HOUSING UNIT:　5C　　CLASS CODE:　5 | INCIDENT #:　234016099 |
| DEPUTY NAME:　J. MURILLO | ARJIS:　4503 |

### SEPARATED HOUSING IS ORDERED AS SPECIFIED BECAUSE THE ABOVE PERSON:

☒ **ADMINISTRATIVE SEPARATION**

　☒ Pending a hearing or investigation for a rule violation or criminal act.

　☐ Continual failure to adjust and conform to minimum standards.

　☐ Propensity for violence towards other incarcerated persons and/or staff.

　☐ Has paroled from or is anticipated to be housed in a restrictive housing environment.

　☐ High profile case or extreme act of violence which jeopardizes public safety.

　☐ Demonstrated influence over other incarcerated persons.

　☐ Suspected juvenile.

　☐ Sentenced to death.

　☐ Other reason as described per the JPMU Training Manual or JPMU Unit Directives.

☐ **PROTECTIVE CUSTODY**

　☐ Person with developmental disabilities, and requires separation for their own safety (e.g., RCC).

　☐ By virtue of their small size, advanced age, gender identity, or other risk factors and characteristics, may be in danger of abuse from general population incarcerated persons.

　☐ Nature of charges places the incarcerated person's safety in jeopardy.

　☐ Material witness in a high-profile case or employment as law enforcement (past or current).

　☐ Held on a civil commit order (Sexually Violent Predator).

　☐ Has paroled from or is anticipated to be housed in a Protective Custody Environment.

　☐ Separated at request of the incarcerated person.

| APPROVED BY: *LEGLER* | ARJIS: 7076 | DATE: 4·15·23 | TIME: 1856 |
|---|---|---|---|
| INCARCERATED PERSON'S COPY DELIVERED BY: | ARJIS: | DATE: | TIME: |

J-72  REV 3/22

# SAN DIEGO SHERIFFS DEPARTMENT

## Incident Report

Incident #:  234016099

Incident Dt/Tm: 04-15-2023 0401

| | | |
|---|---|---|
| **Incident Type Code:** | 102 | Disobeyed Staff Instructions |
| **Additional Code 2 :** | 701 | Interfering w/Jail Operations |

**Participants**

| Name (L,F,M,S) | JIM/Book # | Facility | Area | HU | Cell | Bed | Inv |
|---|---|---|---|---|---|---|---|
| RODRIGUEZ, PEDRO | 400336665 / 14745493 | 1 | 5 | C | 08 | B | O |

**Incident Occurred:**

**Fac:** 1                    **Area:** 5                    **HU:** C

**Location:** Cell #8

**Officer:** JMURILSH, MURILLO              **Submitted Dt/Tm:** 04-15-2023 0404

**Update By:**                                              **Update Dt/Tm:**

**Supervisor:**                                            **Approval Dt/Tm:**

**Use of force?** N        **CS Violence?** N      **Inmate Violence?** N        **Contraband?** N

**Facility Damage?** N     **Disciplinary?** Y      **Hearing Required?** Y

**Action Taken:**                                    **Approval Action:**

RVR Written

# SAN DIEGO SHERIFFS DEPARTMENT

2340/6099

## Incident Report

**Incident Information:**

   **Entry Dt/Tm:** 04-15-2023 0403          **Entered By:** JMURILSH,MURILLO

   **Update Dt/Tm:**                         **Updated By:** ,

   **Approved Dt/Tm:**                       **Approved By:** ,

ORIGIN:

On 04/14/23 I was assigned as the 5th floor housing Deputy at the San Diego
Central Jail (SDCJ) when I was attempting to house incarcerated persons in 5C.
While attempting to condense cells in 5C, Incarcerated person Rodriguez, Pedro
(BN#14745493) refused to allow another incarcerated person in 5C-08.

└─ NO 'S' NOT Runn

DEPUTY'S OBSERVATIONS AND ACTIONS:

Rodriguez identifies as a Transgender Non-Binary. The incarcerated person
attempting to be housed in 5C-08 was also a Transgender Non-Binary. I asked
Rodriguez why another Transgender Non-Binary couldn?t house in the same cell.
Rodriguez said they would not house with another Transgender Non-Binary
incarcerated person.

RODRIGUEZ IS IN VIOLATION OF THE FOLLOWING RULES AND REGULATIONS:

102  Disobey staff instruction
701  Interfering with Jail operations

INMATES RIGHTS

As an inmate charged with a violation of the San Diego County Detention
Facility Services rules and regulations referred to the Disciplinary Hearing
Officer for disposition, you have the following rights:
1.  The right to have a written copy of the charges(s) against you at least 24
hours prior to appearing before the Disciplinary Hearing Officer.
2.  If you are illiterate or unable to represent yourself, you have the right
to have a full-time member of the staff who is reasonably available to
represent you before the Disciplinary Hearing Officer.
3.  The right to call witnesses (or present written statements of unavailable
witnesses) and to present documentary evidence in your behalf provided
institutional safety would not be jeopardized.
4.  The right to present a statement or to remain silent.  Your silence may be
used to draw an adverse inference against you.  However, your silence alone may
not be used to support a finding that you committed a prohibited act.
5.  The right to be advised of the Disciplinary Hearing Officer's decision and
the facts supporting the decision in writing.

# SAN DIEGO SHERIFFS DEPARTMENT

## Incident Report

the facts supporting the decision in writing.

6.   The right to appeal the decision of the Disciplinary Hearing Officer by means of the Grievance procedure within 10 calendar days once notified of disposition.

7.   I also have the right to an immediate hearing before the Disciplinary Hearing Officer if I sign a waiver.

ATTACHMENT "E"

ATTACHMENT "E"

ATTACHMENT "E"

ATTACHMENT "E"
DISCIPLINARY
E234022687
6/1/2023



# San Diego County
# SHERIFF'S DEPARTMENT

## SEGREGATED HOUSING ORDER

☒ SDCJ ☐ GBDF ☐ FAC8 ☐ EMRF ☐ LCDRF ☐ SBDF ☐ VDF

| INMATE NAME | Rodriguez, Pedro | | | BOOKING # | 14745493 |
|---|---|---|---|---|---|
| HOUSING UNIT | 5 | CLASS CODE | 5 | INCIDENT # | 234022687 |
| DEPUTY NAME | Gonzalez | | | ARJIS | 4781 |

### SEGREGATED HOUSING IS ORDERED AS SPECIFIED BECAUSE THE ABOVE INMATE:

☒ **ADMINISTRATIVE SEGREGATION**

☒ Is pending a hearing or investigation for a rule violation or criminal act.

☐ Has displayed continual inability or unwillingness to adjust and conform to the minimum standards expected of those in mainline housing or designated special housing.

☐ Has shown a propensity for violence towards other inmates and/or staff.

☐ Has paroled from or is anticipated to be housed in a Security Housing Unit (SHU), Administrative Segregation Unit (ASU), similar housing in a correctional setting.

☐ Has a high profile case or extreme act of violence which jeopardizes public safety or provides the inmate with a status that would allow him/her to have power or authority over other inmates.

☐ Is a suspected juvenile. (Shall remain in segregation until he/she is determined to be an adult, or is transferred to Juvenile Hall.)

☐ Is a suspected Regional Center Client (RCC). (Shall remain in segregation until appropriate housing is determined by medical/psych staff.)

☐ Is sentenced to death.

☐ Other reason as described per the JPMU Training Manual or JPMU Unit Directives.

☐ **PROTECTIVE CUSTODY**

☐ Has been determined by the medical staff to be developmentally disabled, and does not require treatment for disease, injury or psychiatric disorder (RCC).

☐ By virtue of his/her small size, advanced age, gender nonconformance or other risk factors and characteristics, may be in danger of abuse from inmates in general population.

☐ Has been accused of a crime of a nature and sufficient publicity that would place him/her in physical jeopardy if housed in general population (i.e., child victim charges).

☐ Is a material witness in a high profile case or employment as law enforcement (past or current).

☐ Is being held on a civil commit order (Sexually Violent Predator).

☐ Has paroled from or is anticipated to be housed in a Protective Custody Environment (i.e. Sensitive Needs Yard (SNY) in a correctional setting).

☐ Segregated at request of inmate.

| APPROVED BY: | | ARJIS | | DATE | | TIME | |
|---|---|---|---|---|---|---|---|
| INMATE'S COPY DELIVERED BY: | | ARJIS | | DATE | | TIME | |

J-72  REV 9/16

# SAN DIEGO SHERIFFS DEPARTMENT

## Incident Report

**Incident #:** 234022687

**Incident Dt/Tm:** 06-01-2023 1340

| | | |
|---|---|---|
| **Incident Type Code:** | 301 | Contraband Material/item |
| **Additional Code 2 :** | 602 | Clothing Exchange Rules |
| **Additional Code 3 :** | 701 | Interfering w/Jail Operations |

**Participants**

| Name (L,F,M,S) | JIM/Book # | Facility | Area | HU | Cell | Bed | Inv |
|---|---|---|---|---|---|---|---|
| RODRIGUEZ, PEDRO | 400336665 / 14745493 | 1 | 5 | C | 08 | B | O |

**Incident Occurred:**

**Fac:** 1                           **Area:** 5                           **HU:** C

**Location:** Cell 08

**Officer:** SGONZ4SH, GONZALEZ                **Submitted Dt/Tm:** 06-01-2023 1343

**Update By:**                                       **Update Dt/Tm:**

**Supervisor:**                                      **Approval Dt/Tm:**

**Use of force?** N          **CS Violence?** N          **Inmate Violence?** N          **Contraband?** Y

**Facility Damage?** N       **Disciplinary?** Y          **Hearing Required?** Y

**Action Taken:**                     **Approval Action:**

RVR written

# SAN DIEGO SHERIFF'S DEPARTMENT

## Incident Report

**Incident Information:**

| | |
|---|---|
| **Entry Dt/Tm:** 06-01-2023 1341 | **Entered By:** SGONZ4SH,GONZALEZ |
| **Update Dt/Tm:** | **Updated By:** 234022687 OTOPACIO 8976 |
| **Approved Dt/Tm:** | **Approved By:** , |

ORIGIN:

On 06/01/2023, I was assigned to the position of Second Floor Search/Medical Screening Deputy at San Diego Central Jail (SDCJ). I was conducting a search on the 5th Floor C Module.

DEPUTY'S OBSERVATION AND ACTIONS:

At approximately 0930 hours, a search was conducted on the 5th Floor C Module at SDCJ. Cell 08 which housed Incarcerated Person (IP) Rodriguez, Pedro BN:14745493 contained excessive clothing/laundry and contraband.

Inmate Rodriguez is in violation of the following rules and regulations:

301 ? Contraband Material/item
602 ? Clothing Exchange Rules
701 ? Interfering with Jail Operations

Nurse Echon #6113 has been notified.

INMATE RIGHTS

As an inmate charged with a violation of the San Diego County Detention Facility Services rules and regulations referred to the Disciplinary Hearing Officer for disposition, you have the following rights:

1. The right to have a written copy of the charges(s) against you at least 24 hours prior to appearing before the Disciplinary Hearing Officer.

2. If you are illiterate or unable to represent yourself, you have the right to have a full-time member of the staff who is reasonably available to represent you before the Disciplinary Hearing Officer.

3. The right to call witnesses (or present written statements of unavailable witnesses) and to present documentary evidence in your behalf provided institutional safety would not be jeopardized.

4. The right to present a statement or to remain silent. Your silence may be

ATTACHMENT F

ATTACHMENT F

ATTACHMENT F

ATTACHMENT F
DISCIPLINARY
#234025913
6/24/2023



# San Diego County
# SHERIFF'S DEPARTMENT

# HOUSING SEPARATION ORDER

☒ SDCJ   ☐ GBDF   ☐ EMRF   ☐ SBDF   ☐ VDF   ☐ LCDRF   ☐ RMDF

| INCARCERATED PERSON'S NAME:   Rodriguez, Pedro | | BOOKING #:   14745493 |
|---|---|---|
| HOUSING UNIT:  5/D/08 | CLASS CODE:   5 | INCIDENT #:   234025913 |
| DEPUTY NAME:  Sonnenberg | | ARJIS:   4891 |

## SEPARATED HOUSING IS ORDERED AS SPECIFIED BECAUSE THE ABOVE PERSON:

☒ **ADMINISTRATIVE SEPARATION**

- ☒ Pending a hearing or investigation for a rule violation or criminal act.
- ☐ Continual failure to adjust and conform to minimum standards.
- ☐ Propensity for violence towards other incarcerated persons and/or staff.
- ☐ Has paroled from or is anticipated to be housed in a restrictive housing environment.
- ☐ High profile case or extreme act of violence which jeopardizes public safety.
- ☐ Demonstrated influence over other incarcerated persons.
- ☐ Suspected juvenile.
- ☐ Sentenced to death.
- ☐ Other reason as described per the JPMU Training Manual or JPMU Unit Directives.

☐ **PROTECTIVE CUSTODY**

- ☐ Person with developmental disabilities, and requires separation for their own safety (e.g., RCC).
- ☐ By virtue of their small size, advanced age, gender identity, or other risk factors and characteristics, may be in danger of abuse from general population incarcerated persons.
- ☐ Nature of charges places the incarcerated person's safety in jeopardy.
- ☐ Material witness in a high-profile case or employment as law enforcement (past or current).
- ☐ Held on a civil commit order (Sexually Violent Predator).
- ☐ Has paroled from or is anticipated to be housed in a Protective Custody Environment.
- ☐ Separated at request of the incarcerated person.

| APPROVED BY: | ARJIS: 3930 | DATE: 6/25/23 | TIME: 1525 |
|---|---|---|---|
| INCARCERATED PERSON'S COPY DELIVERED BY: C54891 | ARJIS: 4891 | DATE: 6/25/23 | TIME: 1535 |

J-72 REV 3/22

# SAN DIEGO SHERIFF'S DEPARTMENT

## Incident Report

**Incident Information:**

**Entry Dt/Tm:** 06-24-2023 1744

**Update Dt/Tm:**

**Approved Dt/Tm:**

*INCIDENT 234025913*

**Entered By:** SGONZ4SH, GONZALEZ

**Updated By:** ,

**Approved By:** ,

ORIGIN:

On 06/24/2023, I was assigned to the 8th Floor Housing Deputy Position at the San Diego Central Jail (SDCJ). I was conducting normal operations on the 5th Floor.

DEPUTY'S OBSERVATIONS AND ACTIONS:

At approximately 0902 hours, Incarcerated Person Rodriguez, Pedro BN: 14745493 was instructed to separate all non-pertinent personal module property to be stored but did not follow instructions.

Incarcerated person Rodriguez, Pedro BN: 14745493 is in violation of the following rules and regulations:

102 ? Disobeyed Staff Instructions
801 ? Excess Property
701 ? Interfering with Jail Operations

Nurse Green #7208 was notified.

INCARCERATED PERSONS RIGHTS

As an incarcerated person charged with a violation of the San Diego County Detention Facility Services rules and regulations referred to the Disciplinary Hearing Officer for disposition, you have the following rights:

1.  The right to have a written copy of the charges(s) against you at least 24 hours prior to appearing before the Disciplinary Hearing Officer.

2.  If you are illiterate or unable to represent yourself, you have the right to have a full-time member of the staff who is reasonably available to represent you before the Disciplinary Hearing Officer.

3.  The right to call witnesses (or present written statements of unavailable witnesses) and to present documentary evidence in your behalf provided institutional safety would not be jeopardized.

# SAN DIEGO SHERIFFS DEPARTMENT

## Incident Report

4.  The right to present a statement or to remain silent. Your silence may be used to draw an adverse inference against you. However, your silence alone may not be used to support a finding that you committed a prohibited act.

5.  The right to be advised of the Disciplinary Hearing Officer's decision and the facts supporting the decision in writing.

6.  The right to appeal the decision of the Disciplinary Hearing Officer by means of the Grievance procedure within 10 calendar days once notified of disposition.

7.  I also have the right to an immediate hearing before the Disciplinary Hearing Officer if I sign a waiver.

ATTACHMENT "G"

ATTACHMENT "G"

ATTACHMENT "G"

ATTACHMENT "G"

MARCH 20, 2023
SAN DIEGO UNION TRIBUNE
ARTICLE
COUNTY JAIL REFORM
HAS LONG WAY TO GO

# The San Diego Union-Tribune

# Local

MONDAY • MARCH 20, 2023

**B2** Local reports   **B3** Editorial & Opinion   **B4** Obituaries

# COUNTY JAIL REFORM HAS 'LONG WAY TO GO'

## Lawyers, inmates speak out at update on lawsuit on prisoner treatment

BY CALEB LUNETTA

Cheryl Canson stood at a town hall meeting in Chula Vista last week holding a poster board decorated with pictures of her family.

While speaking to about 15 attendees — some of whom participated via Zoom — she said two of her sons are in San Diego County jail, they each suffer from mental health issues and she was worried about their safety.

"The mentally ill are not being heard and so they end up in prison and in jails," Canson said. "I see their stories and their need for mental health treatment is not being addressed adequately. Their illness is exacerbated because of the toxic environment."

The town hall, hosted jointly by the Racial Justice Coalition and the North County Equity Justice Coalition, provided an update on an ongoing lawsuit against San Diego County and the Sheriff's Department, accusing both of failing to provide adequate medical and mental health care in the county jail, as well as several other causes of action.

San Diego County jails have been under scrutiny in recent years because of a high rate of in-custody deaths — 185 in 15 years. The Union-Tribune's 2019 series "Dying Behind Bars" revealed that the mortality rate in San Diego jails was the highest among large counties in the state.

Many of those deaths were the result of suicides and drug overdoses, and many of the people involved were dealing with mental illness. In some cases the deaths were the result of homicides.

After a lengthy investigation, the state auditor issued a report in February 2022, in which it found the Sheriff's Department had repeatedly failed to prevent and respond to the deaths.

Two people in sheriff's custody have died in jail so far this year. Last year a record 19 people died in sheriff's custody, and a 20th person died hours after he was released from custody for medical reasons.

The lawsuit, filed in federal court in San Diego, lists 14 plaintiffs — people currently and formerly held

SEE **JAIL** • **B4**

THE SAN DIEGO UNION-TRIBUNE | MONDAY · MARCH 20, 2023

**B4**

# JAIL

FROM B1

in county jail — and contends that, in addition to providing poor health care within the jail facilities run by the Sheriff's Department, the county also provided poor living conditions, said Gay Crosthwait Grunfeld, one of the plaintiffs' attorneys in the case.

The plaintiffs allege in the lawsuit that the county failed to provide reasonable accommodations to incarcerated people with disabilities, and failed to ensure the safety and security of incarcerated people. They also claim that "unnecessary and dangerous detention practices in San Diego County" disproportionately harm Black and Latino people, according to court documents.

"San Diego County residents are unnecessarily suffering and dying in the county's jail facilities due to extraordinarily dangerous and deadly conditions, policies and practices that have been allowed to persist for many years," the complaint reads.

A third amended complaint was filed in 2022.

Grunfeld said she toured San Diego Central Jail last week, just hours before the town hall meeting. The attorney took the tour as part of the discovery process related to the lawsuit and was

approved by a magistrate judge in federal court.

"I would say that my impression, having spent part of the day there, is that there's really a long, long way to go on that facility," the attorney said during the town hall. "We toured with a captain, our expert and the county's expert, and all I can say is that it's a very difficult environment."

Earlier this month, newly elected Sheriff Kelly Martinez talked about changes the department has made over the last year to better meet the needs of mentally ill people in custody, including working to get them into conservatorships if needed.

Martinez, didn't speak directly about the death of 46-year-old Lonnie Rupard, who was found unresponsive in a filthy jail cell in downtown San Diego. But her comments came a day after the Medical Examiner's Office determined Rupard's death was a homicide and cited "ineffective" care of the mentally ill man in jail as a factor.

The Medical Examiner's Office said Rupard died of pneumonia, malnutrition and dehydration, accompanied by "neglected schizophrenia."

Asked to comment on the lawsuit, Lt. Amber Baggs, a Sheriff's Department spokesperson, reiterated that the department, under Martinez, is continuing to make improvements to the

jail system.

"The Sheriff's Department has been diligently working to implement changes in our detention facilities to ensure the safety, health and well-being of people in our custody," Baggs said in a statement.

She also said Martinez's administration has "embraced" the findings of the state audit.

Grunfeld said that when she toured the downtown jail on March 13, she saw inadequate ways for inmates to call for help and that many of the intercom systems were broken. She also said the jail still housed three inmates in vertical bunks, a practice that has been reduced in many California prisons.

"A person in a wheelchair can't get into a triple bunk, even the bottom bunk," Grunfeld said. The facilities are not (Americans with Disabilities Act) compliant and we're going to ask the court to get that started. ...

"The county and the Sheriff's Department are burying their heads in the sand, and they continue to deflect responsibility, fight our lawsuit, make big promises without any time frame, timeline or concrete action," the attorney continued. "The mistreatment of people in the county's jails is unconstitutional, unlawful and immoral."

Baggs acknowledged that there was triple bunk-

ing in San Diego County facilities, but that they were being phased out. She added that Martinez had approved an Americans with Disabilities Act unit to address problems within local jails.

Sheriff's deputies, medical and mental health professionals, a compliance manager and a facility project manager will work to ensure inmates with disabilities have equal treatment, Baggs said.

"Already existing staff positions within the Sheriff's budget were modified to create this much needed unit. It is the Sheriff's goal to have this new unit operational by the start of Fall 2023," the lieutenant said in the statement.

Additionally, the Sheriff's Department has rolled out body-worn cameras for correctional officers and said the county is working to improve the communication and wireless systems within jails. The body-worn cameras are currently available for deputies in two of the six county jails.

Lori Chhay, who spent 22 years of his life in and out of the San Diego legal system, said at the town hall meeting that beatings and mistreatment were a regular part of his life.

"I was in modules with people with mental health issues, and they would just throw them in there without any supervision," Chhay

said. "And you could just tell, just by looking, that this person doesn't belong in this module."

Baggs said the Sheriff's Department is testing a biometric scanner in jails that will determine when a person is in medical distress. She added that multidisciplinary groups conduct one-on-one wellness checks with individuals in the jails who are deemed "most vulnerable."

These checks are done twice a week at George Bailey Detention Facility in Otay Mesa and three times a week at the Central Jail in downtown San Diego. They are conducted once a week at Las Colinas Detention and Reentry Facility in Santee as well as the Vista Detention Facility.

During the town hall, Sundee Weddle said Martin Saxon Rodriguez, 22, "survived" Central Jail the first time. The second time he was jailed, he was found unresponsive in his cell on July 20, 2021, four days after he was arrested.

Rodriguez died from what was later determined to be a fentanyl and methamphetamine overdose.

Last year, the independent review board that provides oversight of the Sheriff's Department faulted the entire department for failing to keep illegal drugs out of its jails.

While investigators were unable to pinpoint how the

drugs made it into the jail, "the evidence indicated that ... either sworn (Sheriff's Department) personnel and/or non-sworn ... personnel failed to prevent illicit drugs from entering the detention facility," the review board said.

The Sheriff's Department has recently installed dispensers containing naloxone, also known by the brand name as Narcan, in the jails. The medication is used to reverse the effects of an opioid overdose.

Baggs said the department is employing several methods to prevent drugs from getting into the jails, including starting an enhanced intake process to test for drug use, and bringing in new toilets and adding search mirrors to prevent contraband from being hidden in restrooms or under benches during booking.

The department continues to make other changes, but some families and advocates for the people who are incarcerated say the changes haven't happened soon enough.

"There are still so many overdoses, but I am grateful they've allowed the inmates access to Narcan," said Weddle. "I wish it had been available when (my son) was there."

A status conference in the case is set for April 14 in U.S. District Court.

caleb.lunetta@sduniontribune.com

ATTACHMENT 'H'

ATTACHMENT 'H'

ATTACHMENT 'H'

ATTACHMENT 'H'

7 PAGE GROUP GRIEVANCE
AND CORRESPONDENCE
TO ROSEN BIEN
GALVAN &
GRUNFELD LLP



**ROSEN BIEN
GALVAN & GRUNFELD LLP**

P.O. Box 390
San Francisco, California 94104-0390
T: (415) 433-6830 • F: (415) 433-7104
www.rbgg.com

April 19, 2023

**CONFIDENTIAL – LEGAL MAIL**

Dear Sir/Madam:

We received your letter which is about conditions at San Diego County Jails. <u>This form letter is only to return your original document(s) -- you may receive, or may have already received, a separate letter in response to the issues you wrote about.</u>

Please also note that our responses may be delayed, and if you send your original document(s) to our office, it is likely that we may not be able to return your document(s) to you quickly. For now, *unless we specifically request it*, we suggest that you refrain from sending us any originals that are time-sensitive and/or urgent.

Sincerely,

By:   ROSEN BIEN
       GALVAN & GRUNFELD LLP

Enclosure(s):  Original(s)

[3818690.1]



# San Diego County
# SHERIFF'S DEPARTMENT

*1 OF 7*

## INMATE GRIEVANCE/APPEAL OF DISCIPLINE
## QUEJA/APELACION DE LA DISCIPLINA DE PRESO

☒ SDCJ    ☐ GBDF    ☐ EMRF    ☐ LCDRF    ☐ SBDF    ☐ VDF    ☐ FAC8

From: Monster Peon Luis
De:
Name (Last, First, Middle)          Booking Number          Housing Unit
Nombre (Apellido, Primero, Segundo)   Número de ficha          Unidad de alojamiento

14745493

Grievance is about:   ☐ Jail Procedures      ☐ Jail Conditions      ☐ Medical    ☐ PREA   ☒ Other ADA
La queja es acerca:     Procedimientos de    Condiciones de          Médico                   Otro
                        la Cárcel             la Cárcel

Date and Time of Incident / Fecha y hora del incidente: _____ ONGOING _____

Describe the reason for your grievance in your own words. Please be specific.  (Use additional sheets if necessary)
Describa la razón de su queja en sus propias palabras.  Por favor sea específico.  (Use hojas adicionales si es necesario)

THE CONDITIONS IN THE JAIL PLACE ME AND OTHER PRISONERS WITH DISABILITIES AT A SUBSTANTIAL RISK OF HARM. THE DANGEROUS POLICIES AND PRACTICES THAT PLACE ME AND OTHER PRISONERS AT A SUBSTANTIAL RISK OF SERIOUS HARM INCLUDE, BUT ARE NOT LIMITED TO, INSUFFICIENT CUSTODY STAFF TO HELP ASSIST PEOPLE WITH DISABILITIES, INADEQUATE SUPERVISION OF INDIVIDUAL DISABILITY-RELATED NEEDS, AN INADEQUATE SYSTEM TO TRACK INDIVIDUALS DISABILITIES AND THEIR NECESSARY ACCOMMODATIONS, AN INADEQUATE SYSTEM FOR PRISONERS TO GRIEVE ADA ISSUES, INADEQUATE SCREENING AND INTAKE PROCEDURES, INACCESSIBLE SPACES FOR PROGRAMS, INSUFFICIENT MEDICAL AND CUSTODY STAFF TRAINING ON HOW TO INTERACT WITH PEOPLE WHO

Inmate Signature / Firma de Preso                           3/20/23
                                                    Date / Fecha

---

### THIS BOX IS FOR OFFICIAL USE ONLY
*Esta caja es para el uso oficial solamente.*

Received by: _____     0901        3/23/23      2200
              Signature of receiving staff member   ARJIS #       Date        Time

Entered in JIMS: _____    _____    _____
                      Date                Time          JIMS Grievance Number

If one of the following two conditions is alleged by the inmate, this grievance must be answered within 4 days:
☐   The inmate's health or safety is unfairly impacted by a condition of confinement
☐   A condition of confinement has prevented the inmate's effective communication/participation in a legal hearing.

☐ This submission is not a grievance:
  ☐   It is an appeal of discipline—JIMS Incident # _____
  ☐   It is a complaint against staff—JIMS Incident # _____      JIMS Appeal Hearing # _____
  ☐   It is an inmate request—respond in writing below. _____     (Refer to Detentions P&P Section N.1)
                                                         (No entry in JIMS, copy of response to booking jacket)
Response to Inmate Request:

22 (Rev 1/15)   **Original goes to booking jacket**        **Copy goes to inmate after being signed by staff member**



# San Diego County
# SHERIFF'S DEPARTMENT                2 OF 7

## INMATE GRIEVANCE/APPEAL OF DISCIPLINE
## *QUEJA/APELACION DE LA DISCIPLINA DE PRESO*

☒ SDCJ   ☐ GBDF   ☐ EMRF   ☐ LCDRF   ☐ SBDF   ☐ VDF   ☐ FAC8

From:  _RODRIGUEZ PEDRO LUIS_   _14745953_   _SC-CELL 8_
De:
      Name (Last, First, Middle)          Booking Number          Housing Unit
      *Nombre (Apellido, Primero, Segundo)*   *Número de ficha*    *Unidad de alojamiento*

Grievance is about:  ☐ Jail Procedures   ☐ Jail Conditions   ☐ Medical   ☐ PREA   ☒ Other  _ADA_
*La queja es acerca:*   *Procedimientos de*   *Condiciones de*   *Médico*              *Otro*
                        *la Cárcel*          *la Cárcel*

Date and Time of Incident / *Fecha y hora del incidente:*  _ONGOING_

Describe the reason for your grievance in your own words. Please be specific. (Use additional sheets if necessary)
*Describa la razón de su queja en sus propias palabras. Por favor sea específico. (Use hojas adicionales si es necesario)*

HAVE DISABILITIES, INSUFFICIENT SUPPLY OF ADA-ACCESSIBLE ACCOMODATIONS SUCH AS
UPTABLETS, FUNCTIONING TELECOMMUNICATION DEVICES FOR THE DEAF (TDD) PHONES, CONFIDENTIAL
ROOMS FOR ATTORNEY AND FAMILY PHONE CALLS, ETC. IF THE MEDICAL CARE AT THE SDJC
IS INADEQUATE AND PLACES ME AND ALL PRISONERS AT A SUBSTANTIAL RISK OF SERIOUS HARM.
THE SDJCS DANGEROUS POLICIES AND PRACTICES INCLUDE, BUT ARE NOT LIMITED TO, AN INSUFFICIENT
NUMBER OF MEDICAL AND CUSTODY STAFF AVAILABLE TO ASSIST WITH CARE, DELAYS IN PROVIDING
TIMELY ACCESS TO CARE, INADEQUATE IDENTIFICATION OF AND PROVISION OF CARE
TO PRISONERS WITH CHRONIC ILLNESS, FAILURES TO TIMELY REFER PRISONERS TO OUTSIDE

Inmate Signature / *Firma de Preso*          _3/20/22_
                                            Date / *Fecha*

---

### THIS BOX IS FOR OFFICIAL USE ONLY
*Esta caja es para el uso oficial solamente.*

Received by: _____
            Signature of receiving staff member      ARJIS #        Date         Time

Entered in JIMS: _____
            Date          Time              JIMS Grievance Number

If one of the following two conditions is alleged by the inmate, this grievance must be answered within 4 days:
  ☐  The inmate's health or safety is unfairly impacted by a condition of confinement
  ☐  A condition of confinement has prevented the inmate's effective communication/participation in a legal hearing.
☐ This submission is not a grievance:
  ☐  It is an appeal of discipline—JIMS Incident # _____
  ☐  It is a complaint against staff—JIMS Incident # _____   JIMS Appeal Hearing # _____
  ☐  It is an inmate request—respond in writing below. (No entry in JIMS, copy of response to booking jacket)   (Refer to Detentions P&P Section N.1)
Response to Inmate Request: _____

J-22 (Rev 1/15)   **Original goes to booking jacket**      **Copy goes to inmate after being signed by staff member**

# San Diego County
# SHERIFF'S DEPARTMENT

3 OF 7

## INMATE GRIEVANCE/APPEAL OF DISCIPLINE
## QUEJA/APELACION DE LA DISCIPLINA DE PRESO

☒ SDCJ   ☐ GBDF   ☐ EMRF   ☐ LCDRF   ☐ SBDF   ☐ VDF   ☐ FAC8

From: RODRIGUEZ PEDRO LUIS
De:
Name (Last, First, Middle)
Nombre (Apellido, Primero, Segundo)

Booking Number: 14745493
Número de ficha

Housing Unit: SC-CCU 8
Unidad de alojamiento

Grievance is about:    ☐ Jail Procedures    ☐ Jail Conditions
La queja es acerca:    Procedimientos de    Condiciones de
                       la Cárcel            la Cárcel
                       ☐ Medical            ☐ PREA   ☒ Other ADA
                       Médico                        Otro

Date and Time of Incident / Fecha y hora del incidente:  ONGOING

Describe the reason for your grievance in your own words. Please be specific. (Use additional sheets if necessary)
Describa la razón de su queja en sus propias palabras. Por favor sea especifico. (Use hojas adicionales si es necesario)

PROVIDERS, FAILURE TO CONTINUE MEDICATIONS FOR PRISONERS WHO WERE TAKING MEDICATIONS BEFORE BEING ARRESTED, INADEQUATE STAFFING, INADEQUATE TRAINING AND OVERSIGHT OF MEDICAL STAFF, INADEQUATE WITHDRAWAL PROCEDURES, INADEQUATE MAINTENANCE OF MEDICAL RECORDS, AND INADEQUATE MEDICAL ADMINISTRATION. AT THE SNC PLACES ME AND ALL INMATES WITH MENTAL ILLNESS AT A SUBSTANTIAL RISK OF SERIOUS HARM. THE DANGEROUS POLICIES AND PRACTICES THAT PLACE ME AND ALL INMATES AT RISK INCLUDE, BUT ARE NOT LIMITED TO, INADEQUATE POLICIES AND PRACTICES FOR IDENTIFYING, TREATING, TRACKING AND SUPERVISING INMATES WITH MENTAL ILLNESS

Inmate Signature / Firma de Preso

Date / Fecha: 3/20/23

---

THIS BOX IS FOR OFFICIAL USE ONLY
Esta caja es para el uso oficial solamente.

Received by: _____
Signature of receiving staff member    ARJIS #    Date    Time

Entered in JIMS: _____
Date    Time    JIMS Grievance Number

If one of the following two conditions is alleged by the inmate, this grievance must be answered within 4 days:
☐ The inmate's health or safety is unfairly impacted by a condition of confinement
☐ A condition of confinement has prevented the inmate's effective communication/participation in a legal hearing.

☐ This submission is not a grievance:
☐ It is an appeal of discipline—JIMS Incident #
☐ It is a complaint against staff—JIMS Incident # _____ JIMS Appeal Hearing # _____
☐ It is an inmate request—respond in writing below. (No entry in JIMS, copy of response to booking jacket)
(Refer to Detentions P&P Section N.1)

Response to Inmate Request:

_____
_____

22 (Rev 1/15)   **Original goes to booking jacket**    Copy goes to inmate after being signed by staff member



# San Diego County
# SHERIFF'S DEPARTMENT

4 OF 7

## INMATE GRIEVANCE/APPEAL OF DISCIPLINE
## *QUEJA/APELACION DE LA DISCIPLINA DE PRESO*

☒ SDCJ    ☐ GBDF    ☐ EMRF    ☐ LCDRF    ☐ SBDF    ☐ VDF    ☐ FAC8

From: RODRIGUEZ PEDRO LUIS          1974S993          SC-CCU 8
De:
Name (Last, First, Middle)          Booking Number          Housing Unit
*Nombre (Apellido, Primero, Segundo)*          *Número de ficha*          *Unidad de alojamiento*

Grievance is about:   ☐ Jail Procedures   ☐ Jail Conditions   ☐ Medical   ☐ PREA   ☒ Other ADA
*La queja es acerca:*   *Procedimientos de*   *Condiciones de*   *Médico*   *Otro*
   *la Cárcel*   *la Cárcel*

Date and Time of Incident / *Fecha y hora del incidente:* ONGOING

Describe the reason for your grievance in your own words. Please be specific. (Use additional sheets if necessary)
*Describa la razón de su queja en sus propias palabras. Por favor sea específico. (Use hojas adicionales si es necesario)*

INADEQUATE SUICIDE PREVENTION MEASURES, SUBSTANTIAL DELAYS IN PROVIDING APPROPRIATE MEDICATION, INADEQUATE MONITORING AND EVALUATION OF INMATES RECEIVING PSYCHOTROPIC MEDICATION, INADEQUATE STAFFING, INADEQUATE TRAINING AND OVERSIGHT OF MENTAL HEALTH STAFF, AND INADEQUATE MAINTENANCE OF MENTAL HEALTH CARE RECORDS, THE DENTAL CARE AT THE SDSC IS INADEQUATE AND PLACES ME AND ALL PRISONERS AT A SUBSTANTIAL RISK OF SERIOUS HARM. THE SDSC'S DANGEROUS POLICIES AND PRACTICES INCLUDE, BUT ARE NOT LIMITED TO INADEQUATE POLICIES AND PRACTICES FOR IDENTIFYING, TREATING AND TRACKING PRISONERS IN NEED OF DENTAL CARE, AN INSUFFICIENT NUMBER OF DENTAL STAFF AVAILABLE TO

Inmate Signature / *Firma de Preso*          3/20/23
          Date / *Fecha*

THIS BOX IS FOR OFFICIAL USE ONLY
*Esta caja es para el uso oficial solamente.*

Received by: _____
Signature of receiving staff member    ARJIS #    Date    Time

Entered in JIMS: _____
Date    Time    JIMS Grievance Number

If one of the following two conditions is alleged by the inmate, this grievance must be answered within 4 days:
☐ The inmate's health or safety is unfairly impacted by a condition of confinement
☐ A condition of confinement has prevented the inmate's effective communication/participation in a legal hearing.

☐ This submission is not a grievance:
☐ It is an appeal of discipline—JIMS Incident # ___ JIMS Appeal Hearing # ___
☐ It is a complaint against staff—JIMS Incident # ___ (Refer to Detentions P&P Section N.1)
☐ It is an inmate request—respond in writing below. (No entry in JIMS, copy of response to booking jacket)
Response to Inmate Request:

J-22 (Rev 1/15)   **Original goes to booking jacket**   **Copy goes to inmate after being signed by staff member**



# San Diego County
# SHERIFF'S DEPARTMENT

5 0F 7

## INMATE GRIEVANCE/APPEAL OF DISCIPLINE
## *QUEJA/APELACION DE LA DISCIPLINA DE PRESO*

☒ SDCJ   ☐ GBDF   ☐ EMRF   ☐ LCDRF   ☐ SBDF   ☐ VDF   ☐ FAC8

From:  RODRIGUEZ PEDRO LUIS                    19745453          SC-CELL 8
De:    Name (Last, First, Middle)              Booking Number    Housing Unit
       *Nombre (Apellido, Primero, Segundo)*   *Número de ficha*  *Unidad de alojamiento*

Grievance is about:  ☐ Jail Procedures   ☐ Jail Conditions   ☐ Medical   ☐ PREA  ☒ Other  ADA
*La queja es acerca:*  *Procedimientos de*  *Condiciones de*  *Médico*           *Otro*
                       *la Cárcel*          *la Cárcel*

Date and Time of Incident / *Fecha y hora del incidente:*        Ongoing

Describe the reason for your grievance in your own words. Please be specific. (Use additional sheets if necessary)
*Describa la razón de su queja en sus propias palabras. Por favor sea específico. (Use hojas adicionales si es necesario)*

ASSIST WITH CARE, AN INADEQUATE SYSTEM FOR PRISONERS TO REQUEST DENTAL CARE, DELAYS
IN PROVIDING TIMELY ACCESS TO DENTAL CARE, FAILURES TO TIMELY REFER PRISONERS TO OUTSIDE
PROVIDERS, FAILURES TO PROVIDE ADEQUATE TREATMENT, INCLUDING DENTAL RESTORATIVE SERVICES,
FAILURE TO PROVIDE DENTAL EXAMINATIONS OR CLEANINGS TO PRISONERS INCARCERATED FOR
MORE THAN A YEAR, FAILURES TO SCREEN FOR PERIODONTAL DISEASE, FAILURES TO DEVELOP
DENTAL TREATMENT PLANS FOR PATIENTS, INADEQUATE TRAINING AND OVERSIGHT OF DENTAL
STAFF, AND INADEQUATE MAINTENANCE OF DENTAL RECORDS, AT THERE ARE STILL OTHER
CONDITIONS AT THE JAIL THAT PLACE MY AND OTHER PRISONERS SAFETY AND SURVIVAL

Inmate Signature / *Firma de Preso*          3/20/23
                                             Date / *Fecha*

---

### THIS BOX IS FOR OFFICIAL USE ONLY
*Esta caja es para el uso oficial solamente.*

Received by: _____
             Signature of receiving staff member      ARJIS #      Date      Time

Entered in JIMS: _____
                 Date            Time            JIMS Grievance Number

If one of the following two conditions is alleged by the inmate, this grievance must be answered within 4 days:
☐  The inmate's health or safety is unfairly impacted by a condition of confinement
☐  A condition of confinement has prevented the inmate's effective communication/participation in a legal hearing.

☐  This submission is not a grievance:
   ☐  It is an appeal of discipline—JIMS Incident # _____  JIMS Appeal Hearing # _____
   ☐  It is a complaint against staff—JIMS Incident # _____  (Refer to Detentions P&P Section N.1)
   ☐  It is an inmate request—respond in writing below. (No entry in JIMS, copy of response to booking jacket)
Response to Inmate Request: _____

---

J-22 (Rev 1/15)   **Original goes to booking jacket**   **Copy goes to inmate after being signed by staff member**

# San Diego County
# SHERIFF'S DEPARTMENT

*6 OF 7*

## INMATE GRIEVANCE/APPEAL OF DISCIPLINE
## *QUEJA/APELACION DE LA DISCIPLINA DE PRESO*

☒ SDCJ ☐ GBDF ☐ EMRF ☐ LCDRF ☐ SBDF ☐ VDF ☐ FAC8

From: RODRIGEZ PEDRO LUIS    1474593    SC-CELL V
*De:*
Name (Last, First, Middle)    Booking Number    Housing Unit
*Nombre (Apellido, Primero, Segundo)*    *Número de ficha*    *Unidad de alojamiento*

Grievance is about: ☒ Jail Procedures ☐ Jail Conditions ☐ Medical ☐ PREA ☒ Other ADA
*La queja es acerca:* Procedimientos de   Condiciones de   *Médico*   Otro
la Cárcel   la Cárcel

Date and Time of Incident / *Fecha y hora del incidente:*    ONGOING

Describe the reason for your grievance in your own words. Please be specific. (Use additional sheets if necessary)
*Describa la razón de su queja en sus propias palabras. Por favor sea especifico. (Use hojas adicionales si es necesario)*

AT RISK, INCLUDING BUT NOT LIMITED TO INSUFFICIENT STAFF TO SAFELY MONITOR
ALL PRISONERS, INSUFFICIENT WELFARE CHECKS, OVERUSE OF ISOLATION CELLS,
OVERCROWDED FACILITIES THAT MAKE IT IMPOSSIBLE TO SAFELY HOUSE ALL
PRISONERS AND INADEQUATE TRAINING OF OFFICERS. PLEASE FIX THE CONDITIONS
LISTED HEREIN SO THAT I AND OTHER DISABLED PRISONERS, MENTAL AND
PHYSICALLY ARE NO LONGER AT A SUBSTANTIAL RISK OF HARM
IRA DANIEL #22712292
Brian Smith #22750084    Brian Smith
Paul Garcia #23710568

Inmate Signature / *Firma de Preso*    3/20/23    BRIAN SMITH
    Date / *Fecha*

---

THIS BOX IS FOR OFFICIAL USE ONLY
*Esta caja es para el uso oficial solamente.*

Received by: _____
Signature of receiving staff member    ARJIS #    Date    Time

Entered in JIMS: _____
Date    Time    JIMS Grievance Number

If one of the following two conditions is alleged by the inmate, this grievance must be answered within 4 days:
☐ The inmate's health or safety is unfairly impacted by a condition of confinement.
☐ A condition of confinement has prevented the inmate's effective communication/participation in a legal hearing.

☐ This submission is not a grievance:
☐ It is an appeal of discipline—JIMS Incident # _____ JIMS Appeal Hearing # _____
☐ It is a complaint against staff—JIMS Incident # _____ (Refer to Detentions P&P Section N.1)
☐ It is an inmate request—respond in writing below. (No entry in JIMS, copy of response to booking jacket)
Response to Inmate Request:

---

J-22 (Rev 1/15)   **Original goes to booking jacket**   **Copy goes to inmate after being signed by staff member**

# San Diego County
# SHERIFF'S DEPARTMENT

## INMATE GRIEVANCE/APPEAL OF DISCIPLINE
## *QUEJA/APELACION DE LA DISCIPLINA DE PRESO*

☒ SDCJ  ☐ GBDF  ☐ EMRF  ☐ LCDRF  ☐ SBDF  ☐ VDF  ☐ FAC8

From: _Rodriguez Prado Luis_ _14745493_ _SC-CEU8_
*De:*  Name (Last, First, Middle)  Booking Number  Housing Unit
*Nombre (Apellido, Primero, Segundo)*  *Número de ficha*  *Unidad de alojamiento*

Grievance is about:  ☐ Jail Procedures  ☐ Jail Conditions  ☐ Medical  ☐ PREA  ☒ Other  _ADA_
*La queja es acerca:*  *Procedimientos de*  *Condiciones de*  *Médico*  *Otro*
*la Cárcel*  *la Cárcel*

Date and Time of Incident / *Fecha y hora del incidente:* _ONGOING_

Describe the reason for your grievance in your own words. Please be specific. (Use additional sheets if necessary)
*Describa la razón de su queja en sus propias palabras. Por favor sea específico. (Use hojas adicionales si es necesario)*

_Marcus Hudson 8-31-1985 23710347_ _Marcus Hudson_
_Timmy Hansen - 22747792_ _Timmy Hansen_
_Dominique Martin - 23706433_ _23706433_
_Jovanie Kabukib - 1764162_ _1764162_
_Kevin Herrera - 20944714_ _20944714_
_Gerardo Canela 22702001_ _22702001_
_Barrera Juan M 23710651_ _23710651_
_Gonzales Jesse 23709082_ _23709082_

Inmate Signature / *Firma de Preso*  _3/20/23_
Date / *Fecha*

---

### THIS BOX IS FOR OFFICIAL USE ONLY
*Esta caja es para el uso oficial solamente.*

Received by: _____
Signature of receiving staff member   ARJIS #   Date   Time

Entered in JIMS: _____
Date   Time   JIMS Grievance Number

If one of the following two conditions is alleged by the inmate, this grievance must be answered within 4 days:
☐ The inmate's health or safety is unfairly impacted by a condition of confinement
☐ A condition of confinement has prevented the inmate's effective communication/participation in a legal hearing.

☐ This submission is not a grievance:
☐ It is an appeal of discipline—JIMS Incident # _____   JIMS Appeal Hearing # _____
☐ It is a complaint against staff—JIMS Incident # _____   (Refer to Detentions P&P Section N.1)
☐ It is an inmate request—respond in writing below.  (No entry in JIMS, copy of response to booking jacket)
Response to Inmate Request:

---

J-22 (Rev 1/15)   **Original goes to booking jacket**   **Copy goes to inmate after being signed by staff member**

ATTACHMENT 'I'

PRINTOUT OZ
FINAL RUN
DISPOSITION INCIDENT
#234016099

ATTACHMENT 'I'

ATTACHMENT 'I'

ATTACHMENT 'I'

On 4/14/23, Deputy Murillo wrote an incident report documenting the violation of Rules and Regulations (RVR) by Pedro Rodriguez BN14745493. Rodriguez was provided with a copy of the incident report and advised of his right to a disciplinary hearing.

Rodriguez initially chose to NOT waive his 24-hour delay in his hearing. However, on 4/16/23 at about 1945 I was talking to Rodriguez for an unrelated reason, and he told me he would like to talk to me about his RVR.

I spoke to Rodriguez in the lower multipurpose room on the 5th floor.  I asked Rodriguez if he had a chance to review his RVR.  Rodriguez said, "Yes." Rodriguez told me he didn't want the other IP to house with him because the other IP was physically disable and had a hard time cleaning up after himself.

I reviewed Rodriguez' history in the Jail Information Management System.  Rodriguez has an extensive history of: Disobeying Staff Instructions, Disrespect to Staff, Threaten/Assault Staff/Inmate since 2014.

I find Rodriguez GUILTY of the violations listed in the incident report.

I based my decision on the deputy's written report.

I recommend Rodriguez receive 5 days of disciplinary separation.  Rodriguez blatantly disobeyed staff instructions and delayed operations. I believe that the 5 days of disciplinary separation would be relevant considering the totality of the circumstances.

ATTACHMENT 'S'

ATTACHMENT 'S'

ATTACHMENT 'S'
APPEAL DISCREPANCY
234016099
LT. WILSON
SAYS DOES NOT
EXIST

ATTACHMENT 'S'



# SAN DIEGO SHERIFF'S DEPARTMENT
# GRIEVANCE RESPONSE



Inmate Name: | Pedro Luis Rodriguez BN 14745493

---

Name:        Pedro Luis Rodriguez BN 14745493   5C # 8

Subject:  Appeal 234016099
Date:     04/29/23        Time: 1100

You submitted an appeal for 234016099.  There is no record of a grievance with that numerical
identification. In your appeal to this grievance, you mentioned several staff members. I spoke to
Lt. Aguinaga regarding the incident described on your appeal.  Lt. Aguinaga informed me that the
issue you had with the incident had been addressed with you at the time of the incident.
I found the responses provided to you by Sgt. Legler and Lt. Aguinaga to be complete and
without bias. Upon my investigation, I found the allegations made are unfounded. This matter is
now closed.


Thank you,



Lieutenant C. Wilson

San Diego Central Jail-Team 3

---

| Staff Name /<br>ARJIS (print) | | | Inmate Name<br>(print) | Pedro Luis Rodriguez |
|---|---|---|---|---|
| Signature | | | Signature | |
| Facility/Unit | SDCJ | | Facility | SDCJ |
| JIMS Grievance # | 234000458 | | Booking # | 14745493 |
| Date | 04-29-2023 | | Date | 04-29-2023 |

J-10   03/2021



# SAN DIEGO SHERIFF'S DEPARTMENT
# GRIEVANCE RESPONSE

Inmate Name: Rodriguez, P 14745493

I received your grievance regarding perceived violations of CA Senate Bill 132, and CA penal code 2606 (a)(4)

I understand that you have concerns about the specific individual that they attempted to house in your cell.  I will be bringing that up separately with our medical staff.

However no violations of SB 132 or CA PC 2606 occurred.  Until now you have been housed and searched according to your preferences, and in accordance with the law.

If you are now stating that you have a concern for your health or safety, then your housing and placement shall be reassessed if you choose to, with the classification unit.

| Staff Name / ARJIS (print) | R.Thornton 5613 | Inmate Name (print) | Rodriguez, P 14745493 |
|---|---|---|---|
| Signature | R T | Signature | |
| Facility/Unit | SDCJ 5C | Facility | SDCJ 5C |
| JIMS Grievance # | 234000458 | Booking # | 14745493 |
| Date | 4/21/2023 | Date | 4/21/2023 |

J-10  06/2021



# SAN DIEGO SHERIFF'S DEPARTMENT
# GRIEVANCE RESPONSE

Inmate Name: Pedro Luis Rodriguez BN 14745493

Name:        Pedro Luis Rodriguez BN 14745493   5C # 8

Subject:  Violations of CA Senate Bill 132, and CA penal code 2606 (a)(4)
Date:   04/27/23        Time: 1400

You submitted an inmate grievance regarding regarding violations of CA Senate Bill 132, and CA penal code 2606 (a)(4). I spoke to you regarding your request to appeal the grievance response.

You have been housed and searched according to your preferences, and in accordance with the law.  No violations of SB 132 or CA PC 2606 have occurred.

If you have a concern regarding your classification at this time, you must be reassessed if you choose to, with the classification unit. Please reach out to the classification unit.

Lieutenant C. Wilson
San Diego Central Jail-Team 3

| Staff Name / ARJIS (print) | | Inmate Name (print) | Pedro Luis Rodriguez |
|---|---|---|---|
| Signature | | Signature | |
| Facility/Unit | SDCJ | Facility | SDCJ |
| JIMS Grievance # | 234000458 | Booking # | 14745493 |
| Date | 04-27-2023 | Date | 04-27-2023 |

J-10  03/2021

ATTACHMENT "K"

ATTACHMENT "K"

ATTACHMENT "K"

ATTACHMENT K

EXHAUSTIVE GRIEVANCES
To 7ACULTI CAPTAIN
BIBEL W
RECARDS To RUR
# 234016099

INCIDENT 23/016099



# San Diego County
# SHERIFF'S DEPARTMENT

## INMATE GRIEVANCE/APPEAL OF DISCIPLINE
## *QUEJA/APELACION DE LA DISCIPLINA DE PRESO*

☒ SDCJ ☐ GBDF ☐ EMRF ☐ LCDRF ☐ SBDF ☐ VDF ☐ FAC8

**From:** RODRIGUEZ PEDRO LUIS    1474S493    SC-C2LC8
*De:* Name (Last, First, Middle)    Booking Number    Housing Unit
*Nombre (Apellido, Primero, Segundo)*    *Número de ficha*    *Unidad de alojamiento*

Grievance is about: ☒ Jail Procedures ☐ Jail Conditions ☐ Medical ☐ PREA ☐ Other
*La queja es acerca:* *Procedimientos de* *Condiciones de* *Médico* *Otro*
*la Cárcel* *la Cárcel*

Date and Time of Incident / *Fecha y hora del incidente:* 4/20/23

Describe the reason for your grievance in your own words. Please be specific. (Use additional sheets if necessary)
*Describa la razón de su queja en sus propias palabras. Por favor sea específico. (Use hojas adicionales si es necesario)*

PER INCIDENT REPORT 234016099, INMATE RIGHTS #5 THIS
PETITIONER HAS A RIGHT TO BE ADVISED OF THE DISCIPLINARY HEARING
OFFICERS DECISION AND THE FACTS SUPPORTING THE DECISION IN
WRITING. THE INCIDENT HAPPENED 4/14/23 @ 10:50 PM AND THIS
PETITIONER HAS NO RESPONSE NOR IDEA HOW LONG DISCIPLINARY LOCKDOWN
WILL LAST. WHAT IS THE FINAL DECISION? HOW LONG IS LOCKDOWN?
ADMINISTRATION DOES NOT ADHERE TO ITS OWN RULES AND
REGULATIONS. I HAVE A RIGHT TO APPEAL FINAL DECISION

Inmate Signature / *Firma de Preso*    4/20/23
    Date / *Fecha*

---

**THIS BOX IS FOR OFFICIAL USE ONLY**
*Esta caja es para el uso oficial solamente.*

Received by: _____
    Signature of receiving staff member    ARJIS #    Date    Time

Entered in JIMS: _____
    Date    Time    JIMS Grievance Number

If one of the following two conditions is alleged by the inmate, this grievance must be answered within 4 days:
☐ The inmate's health or safety is unfairly impacted by a condition of confinement
☐ A condition of confinement has prevented the inmate's effective communication/participation in a legal hearing.

This submission is not a grievance:
☐ It is an appeal of discipline—JIMS Incident # _____ JIMS Appeal Hearing # _____
☐ It is a complaint against staff—JIMS Incident # _____ (Refer to Detentions P&P Section N.1)
☒ It is an inmate request—respond in writing below. (No entry in JIMS, copy of response to booking jacket)
Response to Inmate Request: REQUESTING DISCIPLINARY HEARING DISPOSITION
SEE ATTACHED. LOCKDOWN WAS FROM 4-14-23 TO 4-19-23

---

J-22 (Rev 1/15)    **Original goes to booking jacket**    Copy goes to inmate after being signed by staff member



#234000458
LIEUTENANT

# San Diego County
# SHERIFF'S DEPARTMENT

## INMATE GRIEVANCE/APPEAL OF DISCIPLINE
## *QUEJA/APELACION DE LA DISCIPLINA DE PRESO*

☒ SDCJ ☐ GBDF ☐ EMRF ☐ LCDRF ☐ SBDF ☐ VDF ☐ FAC8

From: RODRIGUEZ PEDRO LUIS          14745493          SC-C8
*De:*  Name (Last, First, Middle)     Booking Number    Housing Unit
       *Nombre (Apellido, Primero, Segundo)*  *Número de ficha*  *Unidad de alojamiento*

Grievance is about: ☒ Jail Procedures ☐ Jail Conditions ☐ Medical ☐ PREA ☐ Other
*La queja es acerca:*  Procedimientos de  Condiciones de  Médico          Otro
                       la Cárcel          la Cárcel

Date and Time of Incident / *Fecha y hora del incidente:*  APPEAL GRIEVANCE #234000458

Describe the reason for your grievance in your own words. Please be specific. (Use additional sheets if necessary)
*Describa la razón de su queja en sus propias palabras. Por favor sea específico. (Use hojas adicionales si es necesario)*

THE ACCUSATIONS OF S.B132 AND CA PENAL CODE 2606(a)(4) VIOLATIONS
ARE REAL, NO CONCERN OR CONSIDERATION HAS BEEN GIVEN TO MY HEALTH
OR SAFETY INCLUDING HOUSING WITH OTHER INDIVIDUALS. THERE HAS
BEEN NO DOCUMENTATION OF MY CONCERNS. I HAVE SUBMITTED MULTIPLE
GRIEVANCES TO SEE POLICY AND PROCEDURE IN REGARDS TO S.B132 AND
CA PENAL CODE 2606(c)(4) COMPLIANCE, MY CLASSIFICATION IS BEING
USED AS AN EXCUSE NOT TO APPLY/CONSIDER OTHER HOUSING FACTORS
SUCH AS RACE AND HYGIENE. I AM BEING SUBJECTED TO PSYCHOLOGICAL
DEGRADATION, THIS IS THIRD ATTEMPT TO SUBMIT THIS APPEAL
                                        APRIL 25, 2023

Inmate Signature / *Firma de Preso*          Date / *Fecha*

---

THIS BOX IS FOR OFFICIAL USE ONLY
*Esta peja es para el uso oficial solamente.*

Received by: _____     0701      4/27/23    1230
             Signature of receiving staff member   ARJIS #    Date    Time

Entered in JIMS: 4/27/23    1400    234000458
                 Date      Time    JIMS Grievance Number

If one of the following two conditions is alleged by the inmate, this grievance must be answered within 4 days:
☐ The inmate's health or safety is unfairly impacted by a condition of confinement
☐ A condition of confinement has prevented the inmate's effective communication/participation in a legal hearing.

☐ This submission is not a grievance:
☐ It is an appeal of discipline—JIMS Incident # _____ JIMS Appeal Hearing # _____
☐ It is a complaint against staff—JIMS Incident # _____ (Refer to Detentions P&P Section N.1)
☐ It is an inmate request—respond in writing below. (No entry in JIMS, copy of response to booking jacket)

Response to Inmate Request:

J-22 (Rev 1/15)   **Original goes to booking jacket**   **Copy goes to inmate after being signed by staff member**



*(handwritten top right)* LIEUTENANT

# San Diego County
# SHERIFF'S DEPARTMENT

## INMATE GRIEVANCE/APPEAL OF DISCIPLINE
### *QUEJA/APELACION DE LA DISCIPLINA DE PRESO*

[X] SDCJ   [ ] GBDF   [ ] EMRF   [ ] LCDRF   [ ] SBDF   [ ] VDF   [ ] FAC8

From: *RODRIGUEZ PEDRO LUIS*          *14745993*          *5C-CCCY*
De:   Name (Last, First, Middle)      Booking Number      Housing Unit
      *Nombre (Apellido, Primero, Segundo)*   *Número de ficha*   *Unidad de alojamiento*

Grievance is about:  [ ] Jail Procedures  [ ] Jail Conditions  [ ] Medical  [ ] PREA  [ ] Other
*La queja es acerca:*  *Procedimientos de*  *Condiciones de*  *Médico*         *Otro*
                       *la Cárcel*          *la Cárcel*   *APPEAL E 234016099*

Date and Time of Incident / *Fecha y hora del incidente:*   *APRIL 14, 2023*

Describe the reason for your grievance in your own words. Please be specific. (Use additional sheets if necessary)
*Describa la razón de su queja en sus propias palabras. Por favor sea específico. (Use hojas adicionales si es necesario)*

*PER APPEAL #234016099  UNDER VITA RUSSELL (1974) 418 US 539, I, as INMATE TO RIGHTS LISTED IN INCIDENT REPORT, PETITIONER HAS RIGHT TO PRESENT STATEMENT, RIGHT TO PRESENT DOCUMENTARY EVIDENCE, AND RIGHT TO APPEAL DECISION. THIS IS SECOND TIME PETITIONER IS ACCUSED INTERFERING/ASSAULTING STAFF. THE REPORT IS INCOMPLETE AND FALSE OMITTING DEATH CAUSE, DEATH MUNDO AND SET CELLER INTENDED TO FORCE PETITIONER TO CET IN PRISONER STATUS UNDER CASE # 22750084 THIS VIOLATION OF TIME ISSUES AND TIME IS & 1280 SUBJECTING ME TO ABUSIVE DEGRADING AND INHUMAN CONDITIONS CAUSE INDEFINATELY PUNISHMENT.   APRIL 25, 2023*

Inmate Signature / *Firma de Preso* _____   Date / *Fecha* _____

---

THIS BOX IS FOR OFFICIAL USE ONLY
*Esta caja es para el uso oficial solamente.*

Received by: _____   ARJIS # _____   Date 11/01/23   Time 1230
             Signature of receiving staff member

Entered in JIMS:  _____ Date  _____ Time  _____ JIMS Grievance Number

If one of the following two conditions is alleged by the inmate, this grievance must be answered within 4 days:
[ ] The inmate's health or safety is unfairly impacted by a condition of confinement
[ ] A condition of confinement has prevented the inmate's effective communication/participation in a legal hearing.

[ ] This submission is not a grievance:
   [ ] It is an appeal of discipline—JIMS Incident # _____ JIMS Appeal Hearing # _____
   [ ] It is a complaint against staff—JIMS Incident # _____ (Refer to Detentions P&P Section N.1)
   [ ] It is an inmate request—respond in writing below. (No entry in JIMS, copy of response to booking jacket)
Response to Inmate Request:

---



# San Diego County
# SHERIFF'S DEPARTMENT

*# 234000456*
*FACILITY CAPTAIN*

## INMATE GRIEVANCE/APPEAL OF DISCIPLINE
## *QUEJA/APELACION DE LA DISCIPLINA DE PRESO*

[X] **SDCJ**   [ ] **GBDF**   [ ] **EMRF**   [ ] **LCDRF**   [ ] **SBDF**   [ ] **VDF**   [ ] **FAC8**

From: RODRIGUEZ PEDRO Luis                    14745493                    5C - C8
*De:*   Name (Last, First, Middle)            Booking Number              Housing Unit
        *Nombre (Apellido, Primero, Segundo)* *Número de ficha*          *Unidad de alojamiento*

Grievance is about:   [X] Jail Procedures   [ ] Jail Conditions   [ ] Medical   [ ] PREA   [ ] Other
*La queja es acerca:*    *Procedimientos de*   *Condiciones de*    *Médico*                 *Otro*
                         *la Cárcel*           *la Cárcel*    1 PREA GRIEVANCE

Date and Time of Incident / *Fecha y hora del incidente:* # 234000456 FACILITY CAPTAIN

Describe the reason for your grievance in your own words. Please be specific. (Use additional sheets if necessary)
*Describa la razón de su queja en sus propias palabras. Por favor sea específico. (Use hojas adicionales si es necesario)*

S.B. 132 AND CA PENAL CODE 2606(A)(4) VIOLATIONS THE PREA, NO CONSENSUS OR CONSIDENTION HAS BEEN GIVEN TO MY ATTENTION OR SAFETY IN REGARDS TO OTHER INDIVIDUALS BEING HOUSED DEFINE, THERE HAS BEEN NO DOCUMENTATION OF MY CONCERNS. I HAVE SUBMITTED MULTIPLE GRIEVANCES TO SEE POLICY AND PROCEDURE IN REGARDS TO S.B. 132 AND CA PENAL CODE 2606(A)(4) COMPLIANCE, MY CUSTODY IS BEING USED AS AN EXCUSE NOT TO PREA/CONSIDER OTHER HOUSING FACTORS SUCH AS RACE AND MAGNITUDE, I AM BEING SUBJECTED TO PSYCHOLOGICAL DE-CAPITATION, THIS IS EXHAUSTING GRIEVANCE TO FACILITY CAPTAIN BUBEC AS I HAVE SUFFERED YEARS AGAINST WITH THESE INJUSTICES BECAUSE
OF HOUSING CONCERNS

_____          4/29/23
Inmate Signature / *Firma de Preso*              Date / *Fecha*

---

### THIS BOX IS FOR OFFICIAL USE ONLY
*Esta caja es para el uso oficial solamente.*

Received by: _____    _____    4-30-23    0825
             Signature of receiving staff member   ARJIS #      Date    Time

Entered in JIMS: _____  _____  _____
                 Date          Time          JIMS Grievance Number

If one of the following two conditions is alleged by the inmate, this grievance must be answered within 4 days:
[ ] The inmate's health or safety is unfairly impacted by a condition of confinement
[ ] A condition of confinement has prevented the inmate's effective communication/participation in a legal hearing.

[ ] This submission is not a grievance:
    [ ] It is an appeal of discipline—JIMS Incident # _____  JIMS Appeal Hearing # _____
    [ ] It is a complaint against staff—JIMS Incident # _____  (Refer to Detentions P&P Section N.1)
    [ ] It is an inmate request—respond in writing below.  (No entry in JIMS, copy of response to booking jacket)
Response to Inmate Request:

---

J-22 (Rev 1/15)   **Original goes to booking jacket**      **Copy goes to inmate after being signed by staff member**

*APPEAL # 234016099*
*TRANS/CLAIMS*
*APPEAL*

# San Diego County
# SHERIFF'S DEPARTMENT

## INMATE GRIEVANCE/APPEAL OF DISCIPLINE
## *QUEJA/APELACION DE LA DISCIPLINA DE PRESO*

[X] **SDCJ**  [ ] **GBDF**  [ ] **EMRF**  [ ] **LCDRF**  [ ] **SBDF**  [ ] **VDF**  [ ] **FAC8**

**From:** Rodrigo, Adam Luis _____ 14145793 _____ SC-CB48
*De:* Name (Last, First, Middle) ___ Booking Number ___ Housing Unit
Nombre (Apellido, Primero, Segundo) ___ *Número de ficha* ___ *Unidad de alojamiento*

**Grievance is about:** [ ] Jail Procedures [ ] Jail Conditions [ ] Medical [ ] PREA [ ] Other
*La queja es acerca:* *Procedimientos de* *Condiciones de* *Médico* ___ *Otro*
*la Cárcel* *la Cárcel* ___ APPEAL 234016099 (RVR)

**Date and Time of Incident / *Fecha y hora del incidente:*** *1 pm 14, 2023 Trans/Claims*

**Describe the reason for your grievance in your own words. Please be specific.** (Use additional sheets if necessary)
*Describa la razón de su queja en sus propias palabras. Por favor sea específico. (Use hojas adicionales si es necesario)*

Re: Appeal #234016099 I cite U.S. Douville (1979) 416 US 539 and in re. Murch listed in incident Report (RVR). Petitioner has right to protect federal rights to present documentary evidence and has a right to appeal decision. This is second time petitioner is [illegible]. Petitioner finds/maintains staff the (RVR) report is incomplete and does not the truth of the day named and Sgt. Legler intended to treat petitioner to claim property soft evidence [illegible] DA#27756084. This violated of the [illegible] and time is [illegible] Subsequent re. to reverse decision and overturn comp and cancel and unconstitutional.

**Inmate Signature /** *Firma de Preso* _____ 5/11/2023 **Date /** *Fecha*

**THIS BOX IS FOR OFFICIAL USE ONLY**
*Esta caja es para el uso oficial solamente*

**Received by:** _____ _____ 5/2/33 1200
Signature of receiving staff member ___ ARJIS # ___ Date ___ Time

**Entered in JIMS:** _____ _____ _____
Date ___ Time ___ JIMS Grievance Number

If one of the following two conditions is alleged by the inmate, this grievance must be answered within 4 days:
[ ] The inmate's health or safety is unfairly impacted by a condition of confinement
[ ] A condition of confinement has prevented the inmate's effective communication/participation in a legal hearing.

[ ] This submission is not a grievance:
[ ] It is an appeal of discipline—JIMS Incident # _____ JIMS Appeal Hearing # _____
[ ] It is a complaint against staff—JIMS Incident # _____ (Refer to Detentions P&P Section N.1)
[ ] It is an inmate request—respond in writing below. (No entry in JIMS, copy of response to booking jacket)
**Response to Inmate Request:**



ATTACHMENT "C"

ATTACHMENT "C"

ATTACHMENT "C"
EXHAUSTED APPEAL
OF   RVR
# 234022687



# SAN DIEGO SHERIFF'S DEPARTMENT
# GRIEVANCE RESPONSE

Inmate Name: Rodriguez, Pedro

On 06/05/2023, I received your grievance stating that you were appealing a rule violation for displaying your genitalia. You did not receive a rule violation for that. Your rule violation was for having excessive amount of contraband.

I appreciate you bringing this issue to my attention, I'm considering this issue resolved. Your original grievance will be placed in your Custody Record.

| Staff Name / ARJIS (print) | Sgt. Nesmith/7609 | Inmate Name (print) | Rodriguez, Pedro |
|---|---|---|---|
| Signature | | Signature | X |
| Facility/Unit | SDCJ | Facility | SDCJ |
| JIMS Grievance # | 234000633 | Booking # | 14745493 |
| Date | 06/09/2023 | Date | 06/09/2023 |

J-10   03/2021



# SAN DIEGO SHERIFF'S DEPARTMENT
# GRIEVANCE RESPONSE

Inmate Name: Pedro Luis Rodriguez BN 14745493  5C #

Subject:  Appeal 234022687
Date:     06/08/23      Time: 1100

You submitted an appeal for 234022687.  You claim that you did not have a disciplinary hearing officer's decision provided to you to include the facts to support the decision and should not be in lockown status.

I met with you on 06/06/23, to discuss your complaint.  You told me you were provided a copy of the hearing report by Sgt. Lankard.  As stated in the hearing report you received from Sgt. Lankard, Sgt. Rodriguez based his decision on Deputy Lopez Gonzalez' Rule Violation Report, as well as your previous Rule Violation Reports and behavior during the hearing. Sgt. Rodriguez was present during the module search and saw the items removed from your cell.

This matter is now closed.


Thank you,

Lieutenant C. Wilson

| Staff Name / ARJIS (print) | | Inmate Name (print) | Pedro Luis Rodriguez |
|---|---|---|---|
| Signature | | Signature | |
| Facility/Unit | SDCJ | Facility | SDCJ |
| JIMS Grievance # | INC# 234022687 | Booking # | 14745493 |
| Date | | Date | |

J-10   03/2021

ATTACHMENT 'M'

ATTACHMENT 'M'

ATTACHMENT 'M'
PRECURSOR TO
6/24/23
UNITCUP



# SAN DIEGO SHERIFF'S DEPARTMENT
# GRIEVANCE RESPONSE

Inmate Name: | Pedro Luis Rodriguez BN 14745493

Name:    Pedro Luis Rodriguez BN 14745493   5C # 8

Subject: Complaint Against Staff
Date:    06/08/23        Time: 1100

You submitted a grievance regarding Sgt. Rodriguez intent to Remove/destroy evidence and legal paperwork in your possession.

I met with you on 06/06/23 to discuss your complaint.  I informed you I was present and overheard when Sgt. Rodriguez told you that you would need to mail or dispose of excess property within your cell within seven days (June 8, 2023).

During our meeting, I informed you I would check on the status of this request by Sgt. Rodriguez on June 10,2023. You were provided with the Rules and Regulations Section 800 Property, by Sgt. Ryder on 6/7/2023.

This matter is now closed.

Lieutenant C. Wilson
San Diego Central Jail-Team 3

| Staff Name / ARJIS (print) | | Inmate Name (print) | Pedro Luis Rodriguez |
|---|---|---|---|
| Signature | | Signature | |
| Facility/Unit | SDCJ | Facility | SDCJ |
| JIMS Grievance # | 234000629 | Booking # | 14745493 |
| Date | | Date | |

J-10   03/2021

SECTION 800 – PROPERTY 801 Incarcerated person(s) shall not possess property in excess of authorized quantities.

All excess property shall be disposed of or mailed out of the facility at the incarcerated person's expense.

Excess soft cover books and magazines may be donated to the jail library.

Incarcerated person(s) may be authorized to possess the following quantities of property within the module:

A. 10 photos, no larger than 4" x 6".

B. 40 postcards, 15 letters, not including legal mail.

C. Magazines, newspapers or softcover books, of any combination, not to exceed 6 total.

Incarcerated people are allowed to possess packaged sugar, not to exceed 50 packs (excess must be disposed of).

ATTACHMENT 'N'
REMANDER OF
ATTEMPTS TO
APPEAL 6/1/23
RULES VIOLATION

ATTACHMENT 'N'

ATTACHMENT 'N'

ATTACHMENT 'N'



# San Diego County
# SHERIFF'S DEPARTMENT

## INMATE GRIEVANCE/APPEAL OF DISCIPLINE
## *QUEJA/APELACION DE LA DISCIPLINA DE PRESO*

☒ SDCJ  ☐ GBDF  ☐ EMRF  ☐ LCDRF  ☐ SBDF  ☐ VDF  ☐ FAC8

From: Rodriguez Pedro ___ 14745493 ___ 5C-CELL
De:  Name (Last, First, Middle)  Booking Number  Housing Unit
     *Nombre (Apellido, Primero, Segundo)*  *Número de ficha*  *Unidad de alojamiento*

Grievance is about:  ☒ Jail Procedures  ☐ Jail Conditions  ☐ Medical  ☐ PREA  ☐ Other
*La queja es acerca:*  *Procedimientos de*  *Condiciones de*  *Médico*  *Otro*
     *la Cárcel*  *la Cárcel*

Date and Time of Incident / *Fecha y hora del incidente:* APPEAL 234022687

Describe the reason for your grievance in your own words. Please be specific. (Use additional sheets if necessary)
*Describa la razón de su queja en sus propias palabras. Por favor sea específico. (Use hojas adicionales si es necesario)*

UNDER INMATE RIGHTS IN INCIDENT REPORT 234022687 I HAVE
A RIGHT TO DISCIPLINARY HEARING OFFICERS DECISION AND
THE FACTS SUPPORTING THE DECISION. THIS HAS NOT HAPPENED
I AM STILL WAITING FOR SGT RODRIGUEZ DECISION, I HAD A
RIGHT TO CALL WITNESSES AND PRESENT DOCUMENTARY EVIDENCE
UNDER RULES POSTED IN DAYROOM PROCEDURE IV I AM TO BE
CHARGED SPECIFICALLY UNDER TITLE 15 THIS HAS NEVER HAPPENED
THIS IS APPEAL TO BE PRESENTED IN COURTS OF UNCONSTITUTIONAL
DISCIPLINARY WOLFF V McDONNELL (1974) 418 US 539, 555-556
6/4/2023

Inmate Signature / *Firma de Preso*  Date / *Fecha*

---

THIS BOX IS FOR OFFICIAL USE ONLY
*Esta caja es para el uso oficial solamente.*

Received by: ___ 2265 ___ 6-5-23 ___ 0110
     Signature of receiving staff member  ARJIS #  Date  Time

Entered in JIMS: ___ ___ ___
     Date  Time  JIMS Grievance Number

If one of the following two conditions is alleged by the inmate, this grievance must be answered within 4 days:
☐ The inmate's health or safety is unfairly impacted by a condition of confinement
☐ A condition of confinement has prevented the inmate's effective communication/participation in a legal hearing.

☒ This submission is not a grievance:
☒ It is an appeal of discipline—JIMS Incident # 234022687  JIMS Appeal Hearing # 234022687
☐ It is a complaint against staff—JIMS Incident # ___ (Refer to Detentions P&P Section N.1)
☐ It is an inmate request—respond in writing below.  (No entry in JIMS, copy of response to booking jacket)
Response to Inmate Request:

---

J-22 (Rev 1/15)  **Original goes to booking jacket**  **Copy goes to inmate after being signed by staff member**



**San Diego County**
# SHERIFF'S DEPARTMENT

## INMATE GRIEVANCE/APPEAL OF DISCIPLINE
### *QUEJA/APELACION DE LA DISCIPLINA DE PRESO*

☒ SDCJ   ☐ GBDF   ☐ EMRF   ☐ LCDRF   ☐ SBDF   ☐ VDF   ☐ FAC8

From: _Rodriguez Ron_     _1974S493_    _5C-C8_
*De:* Name (Last, First, Middle)     Booking Number    Housing Unit
*Nombre (Apellido, Primero, Segundo)*     *Número de ficha*    *Unidad de alojamiento*

Grievance is about:   ☒ Jail Procedures   ☐ Jail Conditions   ☐ Medical    ☐ PREA ☐ Other _____
*La queja es acerca:*   *Procedimientos de*   *Condiciones de*   *Médico*    *Otro*
    *la Cárcel*   *la Cárcel*

Date and Time of Incident / *Fecha y hora del incidente:* _____ _6/6/23_

Describe the reason for your grievance in your own words. Please be specific. (Use additional sheets if necessary)
*Describa la razón de su queja en sus propias palabras. Por favor sea específico. (Use hojas adicionales si es necesario)*

_6/6/23   @ on ABUUT 9:45 AM On SGT NESMITH_
_BODY CAM LT. WILSON DID MAKE CLEAR THAT LARGE_
_FILE CORRESPONDENCE FROM ATTORNEY GENERAL_
_AND COURTS IS CONTRABAND CAUSING MY CURRENT_
_DISCIPLINE LOCKDOWN, CORRESPONDENCE / IE LEGAL_
_FILINGS WHICH ARE LARGE IN NATURE NOT LIMITED_
_TO APPEAL RECORDS IS CONTRABAND PER LT WILSON_
_AS STATED ON CAMERA. CONSTITUTIONAL ARGUMENT TO FOLLOW._

Inmate Signature / *Firma de Preso*       _6/6/23_
                    Date / *Fecha*

THIS BOX IS FOR OFFICIAL USE ONLY
*Esta caja es para el uso oficial solamente.*

Received by: _S. Ryder_    _7187_    _06-07-23_    _0853_
   Signature of receiving staff member    ARJIS #    Date    Time

Entered in JIMS: _____
       Date       Time      JIMS Grievance Number

If one of the following two conditions is alleged by the inmate, this grievance must be answered within 4 days:
   ☐ The inmate's health or safety is unfairly impacted by a condition of confinement
   ☐ A condition of confinement has prevented the inmate's effective communication/participation in a legal hearing.

☐ This submission is not a grievance:
   ☐ It is an appeal of discipline—JIMS Incident # _____ JIMS Appeal Hearing # _____
   ☐ It is a complaint against staff—JIMS Incident # _____ (Refer to Detentions P&P Section N.1)
   ☐ It is an inmate request—respond in writing below. (No entry in JIMS, copy of response to booking jacket)

Response to Inmate Request:
_6/7 THIS HAS BEEN RESOLVED PER APPEAL 23402268?_

-22 (Rev 1/15)    **Original goes to booking jacket**    **Copy goes to inmate after being signed by staff member**



# San Diego County
# SHERIFF'S DEPARTMENT

## INMATE GRIEVANCE/APPEAL OF DISCIPLINE
## *QUEJA/APELACION DE LA DISCIPLINA DE PRESO*

[X] SDCJ   [ ] GBDF   [ ] EMRF   [ ] LCDRF   [ ] SBDF   [ ] VDF   [ ] FAC8

From: RODRIQUEZ PEDRO LUIS        1974S492        SC-CECC
De:   Name (Last, First, Middle)      Booking Number    Housing Unit
      *Nombre (Apellido, Primero, Segundo)*   *Número de ficha*   *Unidad de alojamiento*

Grievance is about:  [X] Jail Procedures  [ ] Jail Conditions  [ ] Medical  [ ] PREA  [ ] Other
*La queja es acerca:*   *Procedimientos de*   *Condiciones de*   *Médico*           *Otro*
                        *la Cárcel*          *la Cárcel*

Date and Time of Incident / *Fecha y hora del incidente:*  6/6/23

Describe the reason for your grievance in your own words. Please be specific. (Use additional sheets if necessary)
*Describa la razón de su queja en sus propias palabras. Por favor sea específico. (Use hojas adicionales si es necesario)*

6/6/2023 AT OR ABOUT 9:45 AM LT WILSON ACCOMPANIED BY SGT. NESMITH ON CAMERA
DID STATE SATURDAY 6/10/2023 WILSON WOULD BE EVACUATING LEGAL MATERIALS IN MY
POSSESSION AND REMOVING LEGAL MATERIAL AS WILSON DEEMS FIT. THE RISK WILSON WILL
DESTROY EVIDENCE IN ONGOING LITIGATION IS TOO HIGH THIS IS VIOLATION OF CA CODE
OF CIVIL PROCEDURE 2018.020 AND 2018.030, TITLE 15 §1068 AND SUPREME
COURT LAW WOLFF V MCDONNELL 418 US 539 (1974) @ 578 IT IS FUNDAMENTAL
THAT ACCESS OF PRISONERS TO THE COURTS FOR THE PURPOSE OF PRESENTING THEIR
CONTRACTS MAY NOT BE DENIED OR OBSTRUCTED PETITIONER IS ACTIVE LITIGATION IN DUNSMORE
V. SD SHERIFFS, 3:20-CV-00406 DOC 280 FILED 4/19/23; OBSTRUCTING STATEMENT IN
6/6/23

Inmate Signature / *Firma de Preso*        Date / *Fecha*
                                            CAL CONST I § 28(F)(2) VIO

```
THIS BOX IS FOR OFFICIAL USE ONLY
Esta caja es para el uso oficial solamente.

Received by: _____    3740        6-08-23      0805
             Signature of receiving staff member   ARJIS #   Date   Time

Entered in JIMS: _____    _____    _____
                 Date              Time              JIMS Grievance Number
```

If one of the following two conditions is alleged by the inmate, this grievance must be answered within 4 days:
[ ] The inmate's health or safety is unfairly impacted by a condition of confinement
[ ] A condition of confinement has prevented the inmate's effective communication/participation in a legal hearing.

[ ] This submission is not a grievance:
[ ] It is an appeal of discipline—JIMS Incident # _____ JIMS Appeal Hearing # _____
[ ] It is a complaint against staff—JIMS Incident # _____ (Refer to Detentions P&P Section N.1)
[ ] It is an inmate request—respond in writing below. (No entry in JIMS, copy of response to booking jacket)

Response to Inmate Request:
6/7 THIS HAS BEEN RESOLVED PER APPEAL 234022687

J-22 (Rev 1/15)   **Original goes to booking jacket**      **Copy goes to inmate after being signed by staff member**

# San Diego County
# SHERIFF'S DEPARTMENT

## INMATE GRIEVANCE/APPEAL OF DISCIPLINE
## *QUEJA/APELACION DE LA DISCIPLINA DE PRESO*

[X] SDCJ   [ ] GBDF   [ ] EMRF   [ ] LCDRF   [ ] SBDF   [ ] VDF   [ ] FAC8

From: Rodriguez Pedro Luis   Booking Number: 14745493   Housing Unit: 5C-CELL V
De: Name (Last, First, Middle)   Número de ficha   Unidad de alojamiento
Nombre (Apellido, Primero, Segundo)

Grievance is about: [X] Jail Procedures  [ ] Jail Conditions  [ ] Medical  [ ] PREA  [ ] Other
La queja es acerca: Procedimientos de la Cárcel  Condiciones de la Cárcel  Médico  Otro

Date and Time of Incident / Fecha y hora del incidente: 6/6/13

Describe the reason for your grievance in your own words. Please be specific. (Use additional sheets if necessary)
Describa la razón de su queja en sus propias palabras. Por favor sea específico. (Use hojas adicionales si es necesario)

Sykes v Martinez 37-2021-00010648 Postd in Dayman, pending lawsuit Rodriguez v Derm Kenny 37-2022-00024869, pending Rodriguez v Gore 37-2022-00000104-cl en-ctc and 9th cir court of appeal Rodriguez v Fisher 22-55658, Wilsons admitted presence at tossal of petitioners cell and overbroad detention of contraband places too high a risk that wilson will destroy evidence in ongoing legal proceedings as well as evidence supporting petitioners intention petitioner is locked down because of Wilson unconstitutionally overbroad detention of contraband, Wilson claims staff was unaware property was legal but Sgt Lean can give statement, I nodays ash for care with Legal work prvdr? 6/6/23 Wilson is in violate of CA const. J$

Inmate Signature / Firma de Preso   Date / Fecha 6/6/23

THIS BOX IS FOR OFFICIAL USE ONLY
*Esta caja es para el uso oficial solamente.*

Received by: ___ Signature of receiving staff member   ARJIS # 774u   Date 6-8-25   Time 0803

Entered in JIMS: ___ Date  Time  JIMS Grievance Number

If one of the following two conditions is alleged by the inmate, this grievance must be answered within 4 days:
[ ] The inmate's health or safety is unfairly impacted by a condition of confinement
[ ] A condition of confinement has prevented the inmate's effective communication/participation in a legal hearing.

[ ] This submission is not a grievance:
[ ] It is an appeal of discipline—JIMS Incident # ___ JIMS Appeal Hearing # ___
[ ] It is a complaint against staff—JIMS Incident # ___ (Refer to Detentions P&P Section N.1)
[ ] It is an inmate request—respond in writing below. (No entry in JIMS, copy of response to booking jacket)

Response to Inmate Request:
6/7 This has been resolved per appeal 234022687

J-22 (Rev 1/15)   Original goes to booking jacket   Copy goes to inmate after being signed by staff member

# San Diego County
# SHERIFF'S DEPARTMENT

# 234022687
HEARING #
400087908

## INMATE GRIEVANCE/APPEAL OF DISCIPLINE
## *QUEJA/APELACION DE LA DISCIPLINA DE PRESO*

☒ SDCJ   ☐ GBDF   ☐ EMRF   ☐ LCDRF   ☐ SBDF   ☐ VDF   ☐ FAC8

From: Rodriguez Pedro _____ 14745793 _____ 5C-CELL V
*De:*   Name (Last, First, Middle)    Booking Number    Housing Unit
   *Nombre (Apellido, Primero, Segundo)*   *Número de ficha*   *Unidad de alojamiento*

Grievance is about: ☒ Jail Procedures   ☐ Jail Conditions   ☐ Medical   ☐ PREA  ☐ Other ____
*La queja es acerca:*   *Procedimientos de*   *Condiciones de*   *Médico*        *Otro*
   *la Cárcel*   *la Cárcel*
234022687

Date and Time of Incident / *Fecha y hora del incidente:* APPEAL DECISION 400087908   1522

Describe the reason for your grievance in your own words. Please be specific. (Use additional sheets if necessary)
*Describa la razón de su queja en sus propias palabras. Por favor sea específico. (Use hojas adicionales si es necesario)*

THIS IS APPEAL OF HEARING BY SGT. RODRIGUEZ TO BE SUBMITTED TO
COUNTS. RODRIGUEZ ACCUSES PETITIONER OF SIMILAR CONDUCT TO SGT. RODRIGUEZ
THE ACTUAL CHARGES LEVIED ARE CONTRABAND #301, CLOTHING EXCHANGE RULES #602
AND INTERFERENCE W/SAFE OPERATIONS #701, CALIENTE 015/0/C/0 #6976 ON BODY
CAM MAKES CLEAR STATEMENT NO CHARGES ARE BECAUSE OF CLOTHING. CALIENTE
AVOIDS C/S GIVE STATEMENT PETITIONER WAS WEARING 2 PAIR OF UNDERWEAR
DURING STRIP SEARCH DEPUTY JOANES PROF 3208 CAN BE SEEN ON MALE
CAMERA STANDING BETWEEN RODRIGUEZ AND PETITIONER MAKING EYE CONTACT
AND GENITAL GENITALS WITHOUT EXPOSED, I HAVE EYE WITNESSES ALSO SUSPECT

Inmate Signature / *Firma de Preso*    Date / *Fecha*  6/5/23    1522

---

**THIS BOX IS FOR OFFICIAL USE ONLY**
*Esta caja es para el uso oficial solamente.*

Received by: _____ PU _____ 1609 _____ 6/5/23 _____ 0800
   Signature of receiving staff member    ARJIS #    Date    Time

Entered in JIMS: _____ _____ _____
   Date    Time    JIMS Grievance Number

If one of the following two conditions is alleged by the inmate, this grievance must be answered within 4 days:
☐ The inmate's health or safety is unfairly impacted by a condition of confinement
☐ A condition of confinement has prevented the inmate's effective communication/participation in a legal hearing.

☐ This submission is not a grievance:
☐ It is an appeal of discipline—JIMS Incident # _____ JIMS Appeal Hearing # _____
☐ It is a complaint against staff—JIMS Incident # _____ (Refer to Detentions P&P Section N.1)
☐ It is an inmate request—respond in writing below. (No entry in JIMS, copy of response to booking jacket)
Response to Inmate Request:

---

J-22 (Rev 1/15)   **Original goes to booking jacket**   **Copy goes to inmate after being signed by staff member**

# San Diego County
# SHERIFF'S DEPARTMENT

23400628

## INMATE GRIEVANCE/APPEAL OF DISCIPLINE
## *QUEJA/APELACION DE LA DISCIPLINA DE PRESO*

[X] SDCJ   [ ] GBDF   [ ] EMRF   [ ] LCDRF   [ ] SBDF   [ ] VDF   [ ] FAC8

From: _Hubbell, Ryan_   _1971,5993_   _SC-CUR_
*De:*   Name (Last, First, Middle)   Booking Number   Housing Unit
   *Nombre (Apellido, Primero, Segundo)*   *Número de ficha*   *Unidad de alojamiento*

Grievance is about:   [X] Jail Procedures   [ ] Jail Conditions   [ ] Medical   [ ] PREA   [ ] Other
*La queja es acerca:*   *Procedimientos de*   *Condiciones de*   *Médico*      *Otro*
   *la Cárcel*   *la Cárcel*

Date and Time of Incident / *Fecha y hora del incidente:* _6/1/23   10F4_

Describe the reason for your grievance in your own words. Please be specific. (Use additional sheets if necessary)
*Describa la razón de su queja en sus propias palabras. Por favor sea específico. (Use hojas adicionales si es necesario)*

June 1 2023 in Imper 1C1 of retaliation against this prisoner. Staff Supervised
× Sergeant Rodriguez further supervised by Lieutenant Wilson on behalf of facility
Captain Bibel did scatter petitioners legal work product/boot cell confiscate
pencils used to write the motions in courts, throw/place some of petitioners
legal documents, confiscate bars of soap, confiscate blankets and towels.
Petitioner was written up for contraband, clothing exchange rules, and
interfere with staff operations. On body cam captain Officer #6976
admitted petitioner complied with all directions of deputies the soap
bar remains directly violates settlement in Estes v. Gore Supra Ctr
   _6/1/23_   _37-2021-00010698-CU-_
Inmate Signature / *Firma de Preso*   Date / *Fecha*   nc-tc

---

**THIS BOX IS FOR OFFICIAL USE ONLY**
*Esta caja es para el uso oficial solamente.*

Received by: _____   _76c9_   _6/1/23_   _0745_
   Signature of receiving staff member   ARJIS #   Date   Time

Entered in JIMS: _____   _____   _____
   Date   Time   JIMS Grievance Number

If one of the following two conditions is alleged by the inmate, this grievance must be answered within 4 days:
   [ ] The inmate's health or safety is unfairly impacted by a condition of confinement
   [ ] A condition of confinement has prevented the inmate's effective communication/participation in a legal hearing.

[ ] This submission is not a grievance:
   [ ] It is an appeal of discipline—JIMS Incident # _____   JIMS Appeal Hearing # _____
   [ ] It is a complaint against staff—JIMS Incident # _____   (Refer to Detentions P&P Section N.1)
   [ ] It is an inmate request—respond in writing below. (No entry in JIMS, copy of response to booking jacket)
Response to Inmate Request:

---

J-22 (Rev 1/15)   **Original goes to booking jacket**   **Copy goes to inmate after being signed by staff member**

# San Diego County
# SHERIFF'S DEPARTMENT

23400628

## INMATE GRIEVANCE/APPEAL OF DISCIPLINE
## *QUEJA/APELACION DE LA DISCIPLINA DE PRESO*

[x] SDCJ   [ ] GBDF   [ ] EMRF   [ ] LCDRF   [ ] SBDF   [ ] VDF   [ ] FAC8

From: _Rodriguez, Pedro_     _14145447_     _5C-CRSY_
De:   Name (Last, First, Middle)      Booking Number     Housing Unit
    *Nombre (Apellido, Primero, Segundo)*    *Número de ficha*    *Unidad de alojamiento*

Grievance is about: [x] Jail Procedures   [ ] Jail Conditions   [ ] Medical   [ ] PREA   [ ] Other _____
*La queja es acerca:*   *Procedimientos de*   *Condiciones de*   *Médico*             *Otro*
          *la Cárcel*     *la Cárcel*

Date and Time of Incident / *Fecha y hora del incidente:* _6/1/23_     _2 of 4_

Describe the reason for your grievance in your own words. Please be specific. (Use additional sheets if necessary)
*Describa la razón de su queja en sus propias palabras. Por favor sea específico. (Use hojas adicionales si es necesario)*

THE REMOVE OF BLANKET SHEET IS CRUEL AND INHUMANE BECAUSE OF UNEVEN SLEEP
DEPRIVAL, THE WRITE UP OF CLOTHING IS CRUEL INHUMANE AS GRANTED
HAVE 1 PRINTS SHEET IS PUNCT UNWORTH UNTIL TRANSFERS AT A TIME.
THIS IS RETALIATION FOR PRESENTING CLAIMS IN LITIGATION IN DUNSMORE V
SD SHERIFF'S 3:20-CV-00406-AJB-DDL DX#268 FILED 4/19/23 + ORIGINAL
TO SUPREME IN JONES V MARTINEZ 37-2021-00010648 (POSTED IN DIVISION)
PLUS PENDING STATE CLAIMS NOVEMBER V KEMRY (DRAL) 37-2021-00029869
RODRIGUEZ V GORE 37-2022-00000104-CU-CU-CTC AND CONTACT WITH CASE
RODRIGUEZ V FISHER 22-55658 I'M PRESENT IDEAL LITIGATED THIS IS PART OF
6/1/23

Inmate Signature / *Firma de Preso*     Date / *Fecha*     CUSTM

THIS BOX IS FOR OFFICIAL USE ONLY
*Esta caja es para el uso oficial solamente.*

Received by: _____   _9603_   _6/1/23_   _0745_
    Signature of receiving staff member    ARJIS #    Date    Time

Entered in JIMS: _____   _____   _____
        Date          Time       JIMS Grievance Number

If one of the following two conditions is alleged by the inmate, this grievance must be answered within 4 days:
   [ ] The inmate's health or safety is unfairly impacted by a condition of confinement
   [ ] A condition of confinement has prevented the inmate's effective communication/participation in a legal hearing.

[ ] This submission is not a grievance:
   [ ] It is an appeal of discipline—JIMS Incident # _____   JIMS Appeal Hearing # _____
   [ ] It is a complaint against staff—JIMS Incident # _____   (Refer to Detentions P&P Section N.1)
   [ ] It is an inmate request—respond in writing below. (No entry in JIMS, copy of response to booking jacket)
Response to Inmate Request:

J-22 (Rev 1/15)   **Original goes to booking jacket**     **Copy goes to inmate after being signed by staff member**



# San Diego County
# SHERIFF'S DEPARTMENT

23900628

## INMATE GRIEVANCE/APPEAL OF DISCIPLINE
## *QUEJA/APELACION DE LA DISCIPLINA DE PRESO*

[X] SDCJ   [ ] GBDF   [ ] EMRF   [ ] LCDRF   [ ] SBDF   [ ] VDF   [ ] FAC8

From: *Ramuca Luis*
De:   Name (Last, First, Middle)     *1414143*     *SC-Cmr*
    *Nombre (Apellido, Primero, Segundo)*
    Booking Number       Housing Unit
    *Número de ficha*      *Unidad de alojamiento*

Grievance is about:   [ ] Jail Procedures   [ ] Jail Conditions   [ ] Medical   [ ] PREA   [ ] Other
*La queja es acerca:*    *Procedimientos de*    *Condiciones de*     *Médico*              *Otro*
             *la Cárcel*       *la Cárcel*

Date and Time of Incident / *Fecha y hora del incidente:*    *6/1/23*     *3 of 4*

Describe the reason for your grievance in your own words. Please be specific. (Use additional sheets if necessary)
*Describa la razón de su queja en sus propias palabras. Por favor sea específico. (Use hojas adicionales si es necesario)*

*PSYCHOLOGIC DEGRADATION of PRISONERS UNDER UN BODY CON THE PERIMETER*
*CLOTHING SUITS EXTRA. CLOTHING IS for PRISONERS WHO DUE TO CERTAIN CIRCUMSTANCES*
*THAT STAFF WILL NOT PROVIDE NEW CLOTHES FOR. SHE ALSO IS DECORATED OR*
*NOT WEAR in PUBLIC BUT WITH MODIFICATION. THIS IS METHOD THAT THE HELPLESS*
*PRISONERS LIKE NIENISI RUPERNDACC WHO SAYS CONTINUED WATER CHANGE, SEE*
*RUSHMORE V SAN DIEGO COUNTY SHERIFF 3:20-CV-0476 DOC 281-1 FILED 4/25/23*
*PG 6 LINES 5-LINE 11 THIS IS ATTENTION TO STOP PERIMETER COMMUNICATE,*
*UNIT COUNTS AS EVIDENCE WITH REVIEW OF POLICIES, PERIMETER WILL BE*
*REQUESTING PROTECTION IN CASES ASSOCIATED WITH POLICIES ALLEGED HERE.*

Inmate Signature / *Firma de Preso*        *6/1/23*
                                           Date / *Fecha*

---

### THIS BOX IS FOR OFFICIAL USE ONLY
*Esta caja es para el uso oficial solamente.*

Received by: _____    *7607*   *6/2/23*   *0745*
     Signature of receiving staff member    ARJIS #    Date     Time

Entered in JIMS: _____ _____ _____
               Date          Time         JIMS Grievance Number

If one of the following two conditions is alleged by the inmate, this grievance must be answered within 4 days:
   [ ]   The inmate's health or safety is unfairly impacted by a condition of confinement
   [ ]   A condition of confinement has prevented the inmate's effective communication/participation in a legal hearing.

[ ]   This submission is not a grievance:
   [ ]   It is an appeal of discipline—JIMS Incident # _____ JIMS Appeal Hearing # _____
   [ ]   It is a complaint against staff—JIMS Incident # _____ (Refer to Detentions P&P Section N.1)
   [ ]   It is an inmate request—respond in writing below. (No entry in JIMS, copy of response to booking jacket)
Response to Inmate Request:

---

J-22 (Rev 1/15)    **Original goes to booking jacket**      **Copy goes to inmate after being signed by staff member**

4561

5/22 64 of 71 in 1

23900628

# San Diego County
# SHERIFF'S DEPARTMENT

## INMATE GRIEVANCE/APPEAL OF DISCIPLINE
## *QUEJA/APELACION DE LA DISCIPLINA DE PRESO*

[X] SDCJ  [ ] GBDF  [ ] EMRF  [ ] LCDRF  [ ] SBDF  [ ] VDF  [ ] FAC8

From: _Ramirez, Pedro_  _14745493_  _SC-CCCP_
De:   Name (Last, First, Middle)      Booking Number      Housing Unit
      Nombre (Apellido, Primero, Segundo)   Número de ficha   Unidad de alojamiento

Grievance is about:  [X] Jail Procedures  [ ] Jail Conditions  [ ] Medical  [ ] PREA  [ ] Other _____
La queja es acerca:   Procedimientos de   Condiciones de      Médico                       Otro
                      la Cárcel           la Cárcel

Date and Time of Incident / Fecha y hora del incidente:  _6/1/23_  _0714_

Describe the reason for your grievance in your own words. Please be specific. (Use additional sheets if necessary)
*Describa la razón de su queja en sus propias palabras. Por favor sea específico. (Use hojas adicionales si es necesario)*

_The ultimate injuries March 20, 2023 Middle County Sile_
_within this cover up to get cover of Site/contrsban 2021-108 2/2023_
_and four Beals sd siles units site to site in 2/9/22_
_where 11 Federaly minded subj cald infers Ramirez,_
_Wilson, and Bibel are Retaliating against petitioner for_
_intervening in c/lsuits law protective customs are necessary._
_Hopefully this serves as reminder to Reevaluate priorities_
_where prisoner welfare is concerned, Bains white contracted hrsd._

Inmate Signature / Firma de Preso _____   Date / Fecha _6/1/23_

---

THIS BOX IS FOR OFFICIAL USE ONLY
*Esta caja es para el uso oficial solamente.*

Received by: _____   _7669_   _6/2/23_   _0745_
             Signature of receiving staff member   ARJIS #   Date   Time

Entered in JIMS: _____   _____   _____
                 Date        Time         JIMS Grievance Number

If one of the following two conditions is alleged by the inmate, this grievance must be answered within 4 days:
[ ]  The inmate's health or safety is unfairly impacted by a condition of confinement
[ ]  A condition of confinement has prevented the inmate's effective communication/participation in a legal hearing.

[ ]  This submission is not a grievance:
[ ]  It is an appeal of discipline—JIMS Incident # _____   JIMS Appeal Hearing # _____
[ ]  It is a complaint against staff—JIMS Incident # _____   (Refer to Detentions P&P Section N.1)
[ ]  It is an inmate request—respond in writing below. (No entry in JIMS, copy of response to booking jacket)
Response to Inmate Request:

---

J-22 (Rev 1/15)   **Original goes to booking jacket**   **Copy goes to inmate after being signed by staff member**

E 234022687
Hamilton 400087908

# San Diego County
# SHERIFF'S DEPARTMENT

## INMATE GRIEVANCE/APPEAL OF DISCIPLINE
## *QUEJA/APELACION DE LA DISCIPLINA DE PRESO*

[X] SDCJ    [ ] GBDF    [ ] EMRF    [ ] LCDRF    [ ] SBDF    [ ] VDF    [ ] FAC8

From:  Montiel Pedro                    14745993              5G-CELL
De:    Name (Last, First, Middle)       Booking Number        Housing Unit
       *Nombre (Apellido, Primero, Segundo)*   *Número de ficha*   *Unidad de alojamiento*

Grievance is about:  [X] Jail Procedures  [ ] Jail Conditions  [ ] Medical   [ ] PREA  [ ] Other
*La queja es acerca:*   *Procedimientos de*  *Condiciones de*    *Médico*              *Otro*
                        *la Cárcel*          *la Cárcel*                     234022687

Date and Time of Incident / *Fecha y hora del incidente:*  APPEAL DECISION 400087908    2012

Describe the reason for your grievance in your own words. Please be specific. (Use additional sheets if necessary)
*Describa la razón de su queja en sus propias palabras. Por favor sea específico. (Use hojas adicionales si es necesario)*

KEVIN BONILLA AND RONNIE BALY ARE WILLING TO GIVE TESTIMONY STATING THIS
PETITIONER WAS DRESSED IN UNDERWEAR. SINCE SGT PLUMMER AND LT. LARSON COORDINATED
CELL SEARCHES MY RIGHT TO IMPARTIAL ADJUDICATOR WAS VIOLATED PEOPLE V
HAMILTON (1991) 230 CAL APP 3rd 1592, 1597-1598; WOLFF V McDONNELL (1974)
418 US 539, 563-564, HUDSON V PALMER 468 US 517, 530 104 S. CT 9194 (1984)
I CONTINUE TO BE HARASSED WITH CELL SEARCHES AND FALSE CHARGES. SGT PLUMMER
HAS FOUND THIS PETITIONER GUILTY BY ENTIRELY UNRELATED CIRCUMSTANCES THAN WHAT
WAS REPORTED BY DEPTY GONZALEZ BDGE #4781. THIS IS RETALIATION BY PLAINTIFF WHO TRIED
TO SETTLEMENT SUITS V MARTINEZ 37-2021-00016648-CU-NC-CTL BY NAMING HIS SUPV.

Inmate Signature / *Firma de Preso*        Date / *Fecha*  6/5/23

THIS BOX IS FOR OFFICIAL USE ONLY
*Esta caja es para el uso oficial solamente.*

Received by: _____    7669    6/5/23    0800
             Signature of receiving staff member   ARJIS #   Date   Time

Entered in JIMS: _____    _____    _____
                 Date              Time                JIMS Grievance Number

If one of the following two conditions is alleged by the inmate, this grievance must be answered within 4 days:
[ ] The inmate's health or safety is unfairly impacted by a condition of confinement
[ ] A condition of confinement has prevented the inmate's effective communication/participation in a legal hearing.

[ ] This submission is not a grievance:
[ ] It is an appeal of discipline—JIMS Incident # _____  JIMS Appeal Hearing # _____
[ ] It is a complaint against staff—JIMS Incident # _____  (Refer to Detentions P&P Section N.1)
[ ] It is an inmate request—respond in writing below.  (No entry in JIMS, copy of response to booking jacket)
Response to Inmate Request:

J-22 (Rev 1/15)   **Original goes to booking jacket**      **Copy goes to inmate after being signed by staff member**



*APPEAL GRIEVANCE*
*GRIEVANCE 234000633*

### San Diego County
### SHERIFF'S DEPARTMENT

## INCARCERATED PERSON GRIEVANCE/APPEAL

*Instructions listed on the back of the duplicate copy*

☑ SDCJ   ☐ GBDF   ☑ EMRF   ☐ SBDF   ☐ VDF   ☐ LCDRF   ☐ RMDF

From: __Rodriguez Pedro Luis__   __14745493__   __5C-CELL 5__
Name *(Last, First, Middle)*   Booking Number   Housing Unit

**Grievance of:** *(Single complaints per form. Multiple, unrelated issues will be rejected and returned)*
☐ Medical/Mental Health Care ☐ Classification Actions ☑ Disciplinary Actions ☐ Program Participation ☐ Risk of Sexual Abuse
☐ Telephone, Mail, and Visitation Procedures ☐ Food, Clothing, and Bedding ☐ Other: _____

**Appeal of:** ☑ Discipline (JIMS Incident # __234000633__) ☐ Mail Rejection (Item Rejected: _____)

**Date and Time of Incident:** __6/5/23__

**Explain your grievance/appeal. Please be specific.** *(Use additional sheets if necessary.* ☐ *Additional Sheets # ___ of ___)*

THIS IS APPEAL OF SGT NESMITH RESPONSE. THE RULES VIOLATION
CLEARLY STATES I WAS FOUND GUILTY OF EXPOSING GENITALIA
AND TOO MUCH LEGAL MATERIAL. THIS IS WHAT I WAS
FOUND GUILTY OF WITH NO NEXUS TO EXCESSIVE
CLOTHING

__Incarcerated Person's Signature__   __6/12/23__
   Date

---

### THIS BOX IS FOR OFFICIAL USE ONLY

**Received by:** _____   __7746__   __6-15-23__
   Name of receiving staff member   ARJIS   Date and Time

If one of the following two conditions is alleged by the incarcerated person, this grievance must be answered within four days:
☐ The incarcerated person's health or safety is unfairly impacted by a condition of confinement.
☐ A condition of confinement has prevented the incarcerated person's effective communication/participation in a legal hearing.

This submission is not a grievance or appeal:
☐ See information provided on the back of the J-22 Incarcerated Person Grievance/Appeal form. _____

☐ It is an Incarcerated Person Request. (No JIMS Grievance entry; copy of response to custody record)
Response to request: _____

**Entered in JIMS by:** _____
   Name of responding staff member   ARJIS   Date and Time   JIMS Grievance Number
☐ J-10 Incarcerated Person Grievance/Appeal Response completed and provided to incarcerated person.

J-22 (REV 01/23)   Original – Custody Record   Copy – Incarcerated person upon receipt by staff

*(handwritten top right:)* C/PTAN #234022687 HEARING 400087908 10/2

## San Diego County
## SHERIFF'S DEPARTMENT

## INCARCERATED PERSON GRIEVANCE/APPEAL

*Instructions listed on the back of the duplicate copy*

☒ SDCJ  ☐ GBDF  ☒ EMRF  ☐ SBDF  ☐ VDF  ☐ LCDRF  ☐ RMDF

**From:** RODRIGUEZ PEDRO LUIS ___ 14745993 ___ SC-C8
Name (Last, First, Middle)     Booking Number     Housing Unit

**Grievance of:** (Single complaints per form. Multiple, unrelated issues will be rejected and returned)
☐ Medical/Mental Health Care  ☐ Classification Actions  ☒ Disciplinary Actions  ☐ Program Participation  ☐ Risk of Sexual Abuse
☒ Telephone, Mail, and Visitation Procedures  ☐ Food, Clothing, and Bedding  ☐ Other: _____

**Appeal of:** ☒ Discipline (JIMS Incident # 234022687 ) ☐ Mail Rejection (Item Rejected: _____ )

**Date and Time of Incident:** 6/1/23

**Explain your grievance/appeal. Please be specific.** (Use additional sheets if necessary. ☒ Additional Sheets # 1 of 2 )
THIS IS THIRD LEVEL EXPLISIVE TO FACILITY CAPTAIN, IN HEARING B/SGT. RODRIGUEZ SGT RODRIGUEZ ACCUSES PETITIONER OF SHOWING GENITILIA TO SGT RODRIGUEZ, THE ACTUAL CHARGES LISTED ARE CONTRABAND #301, CLOTHING EXCHANGE RULES #602, AND INTERFERENCE W/STC OPERATIONS #701. CORPORAL OTOPICIO #6976 ON BODY CAM TAKES CLEAN STATEMENT ALL CHANGES ARE BECAUSE OF CLOTHING, CORPORAL AMADO CAN GIVE STATEMENT PETITIONER WAS WEARING 2 PAIR OF UNDERWEAR DURING STRIP SEARCH, DEPUTY TORRES BADGE #3208 CAN BE SEEN ON MODULE CAMERA STANDING BETWEEN SGT RODRIGUEZ AND PETITIONER MAKING EYE CONTACT AND VERIFY

_____   6/13/23
**Incarcerated Person's Signature**   **Date**

---

### THIS BOX IS FOR OFFICIAL USE ONLY

**Received by:** _____ 3740 ___ 6-15-23
Name of receiving staff member   ARJIS   Date and Time

If one of the following two conditions is alleged by the incarcerated person, this grievance must be answered within four days:
☐ The incarcerated person's health or safety is unfairly impacted by a condition of confinement.
☐ A condition of confinement has prevented the incarcerated person's effective communication/participation in a legal hearing.

This submission is not a grievance or appeal:
☐ See information provided on the back of the J-22 Incarcerated Person Grievance/Appeal form. _____

☐ It is an Incarcerated Person Request. (No JIMS Grievance entry; copy of response to custody record)
Response to request: _____

**Entered in JIMS by:** _____
Name of responding staff member   ARJIS   Date and Time   JIMS Grievance Number
☐ J-10 Incarcerated Person Grievance/Appeal Response completed and provided to incarcerated person.

J-22 (REV 01/23)     Original – Custody Record     Copy -- Incarcerated person upon receipt by staff

San Diego County
**SHERIFF'S DEPARTMENT**

## INCARCERATED PERSON GRIEVANCE/APPEAL

*Instructions listed on the back of the duplicate copy*

☒ SDCJ   ☐ GBDF   ☐ EMRF   ☐ SBDF   ☐ VDF   ☐ LCDRF   ☐ RMDF

From: RODRIGUEZ PEDRO LUIS                    14745493         5C-C8
          Name (Last, First, Middle)          Booking Number      Housing Unit

**Grievance of:** (Single complaints per form: Multiple, unrelated issues will be rejected and returned)
☐ Medical/Mental Health Care ☐ Classification Actions ☐ Disciplinary Actions ☐ Program Participation ☐ Risk of Sexual Abuse
☐ Telephone, Mail, and Visitation Procedures   ☐ Food, Clothing, and Bedding   ☐ Other: _____

**Appeal of:** ☒ Discipline (JIMS Incident # 234022687 ) ☐ Mail Rejection (Item Rejected: _____)

**Date and Time of Incident:** 6/1/22

**Explain your grievance/appeal. Please be specific.** (Use additional sheets if necessary. ☒ Additional Sheets # 2 of 2)
GENTALIA LATIENT EXPSD, I HAVE EYE WITNESS DPS JOSEPH RONNIE BRIY AND
LPA DI JRC ARE WILLING TO GIVE TESTIMONIAL STATEMENT THIS PETITIONER WAS
DRESSED IN UNDERWEAR. SINCE SGT RODRIGUEZ AND LT. WILSON COORDINATED
CELL SEARCHES MY RIGHT TO A LAPARTANT ASUCIATION WAS VIOLATED,
PEOPLE V HAMILTON (1991) 230 CAL APP3rd 1592, 1597-1598: WOLFF V MCDONNELL
(1974) 418 US 539, 563-564, HUDSON V PALMER 408 US 517, 580 104 S.CT
3194 (1984) I WAS FOUND GUILTY OF ENTIRELY UNRELATED CIRCUMSTANCES THAN
WAS ORIGINALLY REPORTED BY DEPUTY GONZALEZ BDGE 4781, SEARCHED=HARASSMENT
                                                        6/13/23

Incarcerated Person's Signature                    Date

---

**THIS BOX IS FOR OFFICIAL USE ONLY**

Received by: _____        ____780____      6-15-23
          Name of receiving staff member    ARJIS       Date and Time

If one of the following two conditions is alleged by the incarcerated person, this grievance must be answered within four days:
☐ The incarcerated person's health or safety is unfairly impacted by a condition of confinement.
☐ A condition of confinement has prevented the incarcerated person's effective communication/participation in a legal hearing.

This submission is not a grievance or appeal:
☐ See information provided on the back of the J-22 Incarcerated Person Grievance/Appeal form. _____

☐ It is an Incarcerated Person Request. (No JIMS Grievance entry; copy of response to custody record)
   Response to request: _____

Entered in JIMS by: _____
          Name of responding staff member    ARJIS    Date and Time    JIMS Grievance Number
☐ J-10 Incarcerated Person Grievance/Appeal Response completed and provided to incarcerated person.

J-22 (REV 01/23)                    Original – Custody Record        Copy – Incarcerated person upon receipt by staff

*3RD CEVEL*
*TRINITY CAPTAIN*

# San Diego County
# SHERIFF'S DEPARTMENT

## INMATE GRIEVANCE/APPEAL OF DISCIPLINE
## *QUEJA/APELACION DE LA DISCIPLINA DE PRESO*

[X] **SDCJ**   [ ] **GBDF**   [ ] **EMRF**   [ ] **LCDRF**   [ ] **SBDF**   [ ] **VDF**   [ ] **FAC8**

**From:** Rodriguez Pedro Luis _____ 1919549 _____ SC-CELL Y
*De:*  Name (Last, First, Middle)          Booking Number      Housing Unit
    *Nombre (Apellido, Primero, Segundo)*   *Número de ficha*   *Unidad de alojamiento*

Grievance is about: [X] Jail Procedures  [ ] Jail Conditions   [ ] Medical   [ ] PREA   [ ] Other
*La queja es acerca:*  *Procedimientos de*  *Condiciones de*   *Médico*              *Otro*
              *la Cárcel*        *la Cárcel*

Date and Time of Incident / *Fecha y hora del incidente:* _____ 6/1/23 _____

Describe the reason for your grievance in your own words. Please be specific. (Use additional sheets if necessary)
*Describa la razón de su queja en sus propias palabras. Por favor sea específico. (Use hojas adicionales si es necesario)*

PEOPLE V SUPERIOR COURT (HAMILTON) (1991) 230 CAL APP 3d 1592 - 1598
VIOLATION OF DUE PROCESS WHERE LIEUTENANT WHO EVALUATED DISCIPLINARY MERIT
AND CLASSIFIED THE VIOLATION PRESIDED OVER THE DISCIPLINARY HEARING,
HERE L.T. _____ IBILITY PARTICIPATING IN CELL SEARCH SGT RODRIGUEZ
ADMITS PARTICIPATING WG IN CELL SEARCH THE PLAINTIFS ACCUSED
IN STAFF COMPLAINT OF SCATTERING LEGAL PROJECT, CONFISCATING
LEGALS AND THREW AWAY SOME OF PLAINTIFFS LEGAL LAW
PROJECT GET TO ADVOCATE CLAIMS AGAINST THEMSELVES? WE
VIOLATED YOUR CIVIL RIGHTS AND LCDP GRANT SGT. GRIMMIE
OTHER SGT
STAFF COMPLAINT

_____          6/1/23
Inmate Signature / *Firma de Preso*              Date / *Fecha*

---

THIS BOX IS FOR OFFICIAL USE ONLY
*Esta caja es para el uso oficial solamente.*

Received by: _____ 5746 ____ 6-1-23 ___ 0704
      Signature of receiving staff member   ARJIS #   Date   Time

Entered in JIMS: _____ _____ _____
         Date      Time      JIMS Grievance Number

If one of the following two conditions is alleged by the inmate, this grievance must be answered within 4 days:
[ ] The inmate's health or safety is unfairly impacted by a condition of confinement
[ ] A condition of confinement has prevented the inmate's effective communication/participation in a legal hearing.

[ ] This submission is not a grievance:
   [ ] It is an appeal of discipline—JIMS Incident # _____   JIMS Appeal Hearing # _____
   [ ] It is a complaint against staff—JIMS Incident # _____ (Refer to Detentions P&P Section N.1)
   [ ] It is an inmate request—respond in writing below. (No entry in JIMS, copy of response to booking jacket)

Response to Inmate Request:

---

J-22 (Rev 1/15)   **Original goes to booking jacket**      **Copy goes to inmate after being signed by staff member**

# VERIFICATION

## FORM No. 2

### Verification of Pleading (Code Civ. Proc., § 446)
### Declaration under Penalty of Perjury Form (Code Civ. Proc., §§ 446, 2015.5)

#### by Party

CASE TITLE _Rodriguez U. Shuen..._

I, _Pablo Rodriguez_, declare:
(Name)

I am the _Plaintiff_ in the above-entitled matter.

I have read the foregoing _Unauthorized with to_
(pleading, e.g., complaint) and know the contents thereof: _Proceed in form Paper !_

The same is true of my own knowledge, except as to those matters which are therein stated on information and belief, and, as to those matters, I believe it to be true.

Executed on _10/16_, 20__, at _San Diego County, Ca_

_____ County, California.

I declare (or certify) under penalty of perjury that the foregoing is true and correct.

_____
(Signature of Party)

## PROOF OF SERVICE BY MAIL

## BY PERSON IN STATE CUSTODY

### (Fed. R. Civ. P. 5; 28 U.S.C. § 1746)

I, _____, declare:

I am over 18 years of age and a party to this action. I am a **PRISONER** resident of _____ Central - SAC

in the county of _____ San Diego _____ Prison,

State of California. My prison address is ___ San Diego Central

1173 Front St. San Diego CA 92101

On _____ 10/31/23 _____
                    (DATE)

I served the attached: _____

_____
(DESCRIBE DOCUMENT)

on the parties herein by placing true and correct copies thereof, enclosed in a sealed envelope,
with postage thereon fully paid, in the United States Mail in a deposit box so provided at the
above-named correctional institution in which I am presently confined. The envelope was
addressed as follows:

United States District Court Southern District

of California 333 Broadway Ste 420

San Diego CA 92101

I declare under penalty of perjury under the laws of the United States of America that the

foregoing is true and correct.

Executed on _____
                    (DATE)

_____
(DECLARANT'S SIGNATURE)

K:\COMMON\CSA\FORMS\P_PRFSVC.WPD August 21, 2003 2:11pm.